UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **RODERICK GILMORE,** )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>**LUIS SPENCER,** )<br>)<br>Respondent. )<br>) | RECEIVED<br>Clerk's Office<br>USDC, Mass.<br>Date 2/11/05<br>By MP<br>Deputy Clerk<br><br>Civil Action No. 05-10127-PBS |

## NOTICE OF APPEARANCE

Please take notice of the appearance of the undersigned as counsel for Respondent Luis Spencer in the matter listed above.

                                              Respectfully submitted,

                                              THOMAS F. REILLY
                                              Attorney General

                                              _/s/ Randall E. Ravitz_
                                              Randall E. Ravitz (BBO # 643381)
                                              Assistant Attorney General
                                              Criminal Bureau
                                              One Ashburton Place
                                              Boston, Massachusetts 02108
Dated: February 11, 2005                 (617) 727-2200, ext. 2852

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served on February 11, 2005, by first-class mail, postage prepaid, upon:

Roderick Gilmore
M.C.I. Norfolk
P.O. Box 43
2 Clark Street
Norfolk, MA  02056

pro se

_____
Randall E. Ravitz