UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RECEIVED
Clerk's Office
USDC, Mass.
Date 2/11/05
By  n.P.
Deputy Clerk

| | |
|---|---|
| RODERICK GILMORE, ) | |
| Petitioner, ) | |
| v. ) | Civil Action No. 05-10127-PBS |
| LUIS SPENCER, ) | |
| Respondent. ) | |

## RESPONDENT'S MOTION FOR AN ENLARGEMENT OF TIME IN WHICH TO RESPOND TO PETITION

Respondent Luis Spencer (the "Respondent") hereby respectfully moves this Court to enlarge until March 15, 2005 the time in which he must answer or otherwise respond to the petition for a writ of habeas corpus (the "Petition") filed by Petitioner Roderick Gilmore (the "Petitioner"). The Respondent's response is currently due on February 15, 2005. In support of this Motion, the Respondent states as follows:

1. The Petition arises from a 1995 conviction in the Plymouth County, Massachusetts, Superior Court.

2. The Petition includes serious allegations and references complex areas of law.

3. Counsel for the Respondent has not yet obtained the necessary documents from the district attorney's office that prosecuted the criminal case referenced above. Counsel must receive and have sufficient time to review such documents in order to respond sufficiently to the Petition.

4. No previous application for an enlargement of time to answer or otherwise respond to the Petition has been made to this Court.

2

5.    Allowance of this Motion will enable counsel for the Respondent to aid the Court most thoroughly and effectively and will not prejudice any party.

**WHEREFORE,** the Respondent requests that this Court enlarge the time in which he must answer or otherwise respond to the Petition until March 15, 2005.

Respectfully submitted,

THOMAS F. REILLY
Attorney General

Randall E. Ravitz (BBO # 643381)
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts  02108
(617) 727-2200, ext. 2852

Dated:  February 11, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served on February 11, 2005, by first-class mail, postage prepaid, upon:

Roderick Gilmore
M.C.I. Norfolk
P.O. Box 43
2 Clark Street
Norfolk, MA 02056

pro se

_____
Randall E. Ravitz