UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RODERICK GILMORE,<br><br>Petitioner,<br><br>v.<br><br>LUIS SPENCER,<br><br>Respondent. | Civil Action No. 05-10127-PBS |

### RESPONDENT'S MOTION TO DISMISS

Respondent Luis Spencer, Superintendent of the Massachusetts Correctional Institute at Norfolk (the "Respondent"), hereby respectfully moves for dismissal of the Habeas Corpus Petition (the "Petition") filed by Petitioner Roderick Gilmore (the "Petitioner"). The Petitioner cannot maintain this action, because he has failed to satisfy the timing requirements applicable to habeas corpus petitions. In further support of this Motion, the Respondent relies on and incorporates the memorandum of law and appendix filed herewith.

WHEREFORE, the Respondent requests that this Honorable Court allow this Motion and dismiss the Petition with prejudice in its entirety.

Respectfully submitted,

THOMAS F. REILLY
Attorney General

Randall E. Ravitz (BBO # 643381)
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200, ext. 2852

Dated: March 15, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served on March 15, 2005, by first-class mail, postage prepaid, upon:

Roderick Gilmore
M.C.I. Norfolk
P.O. Box 43
2 Clark Street
Norfolk, MA 02056

pro se

Randall E. Ravitz