UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                                Civil Action
                                                No: 05-10127-PBS

Roderick Gilmore,
Petitioner,

v.

Luis Spencer,
Respondent.

## BRIEFING ORDER

SARIS, D.J.

      The petition for Writ of Habeas Corpus in this action was filed on January 10, 2005. In order to complete the record, the Petitioner is hereby directed to file and serve a brief in support of the petition for habeas corpus on or before April 22, 2005 and the Respondent is hereby directed to file and serve a brief in opposition to the petition on or before May 23, 2005.

                                                By the Court,

                                                /s/ Robert C. Alba
                                                Deputy Clerk

March 22, 2005

To: All Counsel