UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RODERICK GILMORE,
   Petitioner,

v.                                  Civil Action No. 05-10127-PBS

LUIS SPENCER,
   Respondent.

PETITIONER'S OPPOSITION TO THE RESPONDENTS'
MOTION TO DISMISS

Now comes the petitioner Roderick Gilmore, respectfully moves this Honorable Court to denied the respondent's motion to dismiss.

The Petitioner asserts that he has diligently fulfilled the requirements in the foregoing matter in the filing of his petition for writ of habeas corpus. In support of this motion the Petitioner relies upon the memorandum of law, as well as attached affidavit and exhibits herein.

For these reasons, the Petitioner prays that this Honorable Cour4xallow him to proceed in the foregoing matter.

Respectfully submitted,

Dated: 3/24/05

Roderick Gilmore
P.O. Box 43
Norfolk, MA 02056

Certificate of Service

I hereby declare that a copy of the foregoing has been mailed upon the respondent's counsel by first class mail, postage prepaid on this 24th day of March, 2005.

Roderick Gilmore