UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RODERICK GILMORE,
    Petitioner,

v.                    Civil Action No. 05-10127-PBS

LUIS SPENCER,
    Respondent.


PETITIONER'S MEMORANDUM OF LAW
IN SUPPORT OF OPPOSITION MOTION TO
RESPONDENTS' MOTION TO DIMISS

    Petitioner filed his petition for writ of habeas corpus before this Honorable Court following the denial of his motion for new trial.

    Subsequently, the Petitioner filed another motion for new trial through new counsel Charles Rankin, who eventually appealed the same to the Massachusetts Appeals Court, which affirmed the denial of the Superior Court. The petitioner appealed to Supreme Judicial Court on January 14, 2004. Further Appellate Review was denied on March 31, 2004. Thereafter the petitioner filed his writ of habeas corpus on or about May 14, 2004, when the check was initially placed in the mail box and confirmed by the Treasurer at MCI-Norfolk. (See Exhibit "A", which verifies that the department of corrections, under the Respondent states was filed through her office).

    Clearly, through the correspondence from Rebecca Greenberg, Pro se Staff Attorney, dated November 23, 2004, firmly establishes that the petitioner has made diligent efforts to

assure that his petition was timely filed. This Court has established that the time a prisoner places a letter or petition within the Prisons' mailbox, the item in question is timely filed. By the respondent's own admission the petitioner has timely filed his petition and therefore entitled to the relief therein sought.

WHEREFORE, the Petitioner prays that this Honorable Court will grant the petitioner's opposition motion to denied the respondent's motion to dismiss, and compel the respondent to answer the petition within the prescribed time deem by this Honorable Court.

Respectfully submitted,

*[signature]*
Roderick Gilmore
P.O. Box 43
Norfolk, MA 02056

Dated: 3/24/05

## Certificate of Service

I hereby declare that a copy of the foregoing has been mailed upon the respondent's counsel by first class mail, postage prepaid on this 24th day of March, 2005.

*[signature]*
Roderick Gilmore

2