UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RODERICK GILMORE,
    Petitioner,

v.                        Civil Action No. 05-10127-PBS

LUIS SPENCER,
    Respondent.

PETITIONER RODERICK GILMORE'S AFFIDAVIT
IN SUPPORT OF OPPOSITION MOTION TO
RESPONDENTS' MOTION TO DIMISS

I, Roderick Gilmore, hereby state that the following is true and accurate to the best of my knowledge:

1. I am the petitioner in the above entitled matter styled Gilmore v. Spencer, docket numbered 05-10127-PBS.

2. On or about May 14, 2004, following the denial of my Further Appellate Review (FAR) in the Massachusetts Supreme Judicial Court on march 31, 2004.

3. After filing his petition with the Court, I wrote to the Court to determine the status of my petition for writ of habeas corpus and received a letter from Rebecca Greenberg, pro Se Staff Attorney, indicating that my petition had not been received. In addition, she conducted an independent investigation to determine if the information that I provided was true and accurate. See Exhibit "A", letter dated November 22, 2004.

4. On November 23, 2004, Ms. Greenberg, wrote a follow-up letter of hers, from November 22, 2004, indicating that she had indeed spoke with Marsha Collins, the Treasurer at MCI-Norfolk, and she indicated that the records show that a $5.00 check was

issued to the U.S. District Court on May 14, 2004. However, it was determined that this check was never cashed.

5. There was convincing evidence to substantiate that as a petitioner in the foregoing matter, that I did mail the petition to the Court, through the agents of the respondent at MCI-Norfolk.

6. I have firmly established that I was diligent in filing my Petition for Writ of Habeas Corpus has been timely submitted to Court in a timely manner, in accordance to the Rules of the Court.

7. In the interest of justice, petitioner should be allowed to proceed accordingly.

Signed under the pains and penalties of perjury on this 24th day of March, 2005.

Roderick Gilmore
P.O. Box 43
Norfolk, MA 02056

Dated: 3/24/05

**Office of the Clerk-U. S. District Court**
One Courthouse Way, Boston, MA 02210  Tel: 617-748-9165  Fax: 617-748-9160

                         Rebecca Greenberg
                         Pro Se Staff Attorney
                         U.S. District Court Clerk's Office
                         One Courthouse Way
                         Boston, MA 02210

Mr. Roderick Gilmore
MCI Norfolk
Norfolk, MA 02056            November 23, 2004


     Re: Request for information re: habeas petition
         Gilmore v. Luis Spencer

Dear Mr. Gilmore:

     This letter is to follow up on my previous letter of November 22, 2004, to advise you that on the afternoon of November 22, 2004, I spoke with Marsha Collins, Treasurer at MCI Norfolk, and she indicated the records show that a $5.00 check was issued to you for the U.S. District Court on May 14, 2004. (#57812). However, her records also show that the $5.00 check was never cashed.

     If you want her to cancel that outstanding check and re-issue another check, she indicated you should advise her of this.

                                     Very truly yours,

                                     Rebecca Greenberg
                                     Pro Se Staff Attorney



**Office of the Clerk-U. S. District Court**
One Courthouse Way, Boston, MA 02210  Tel: 617-748-9165  Fax: 617-748-9160

Rebecca Greenberg
Pro Se Staff Attorney
U.S. District Court Clerk's Office
One Courthouse Way
Boston, MA 02210

Mr. Roderick Gilmore
MCI Norfolk
Norfolk, MA 02056                    November 22, 2004

Re: Request for information re: habeas petition
    Gilmore v. Luis Spencer

Dear Mr. Gilmore:

This Court is in receipt of your letter of November 8, 2004 requesting information on the status of your Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2254, which you claim to have filed in May of 2004, along with a motion to proceed *in forma pauperis* and also including the $5.00 filing fee.

Please be advised that the Clerk's Office has checked into this matter and we do not have any record of receipt of such a Petition from you as in or around May, 2004. I have contacted the Court's accounting department to determine whether a $5.00 fee had been received from you, and have been advised that there are no such records. Additionally, I have attempted to contact the Treasurer's Office at MCI Norfolk to see whether that office has any record of any $5.00 distribution either to you or this Court around May 2004, but have not received any response to my inquiry to date.

I cannot provide you with any further information on what may have happened to your petition. It could have gotten lost in the mail, misdirected to another court, or lost in this office, but it is impossible to tell based on the information at hand. In light of this, no case number has ever been assigned to your claimed Petition for Habeas Corpus, there is no docket sheet to provide to you and clearly no action has been taken by any District Judge.

I am attaching the appropriate §2254 petition form and an Application to Proceed Without Prepayment of Fees, so that you may submit an appropriate petition to this court if you choose to do so. If you have a copy of your initial

petition, you may want to attach that to a new filing. Also, if you have any record of the $5.00 check being paid to this Court, please submit that information, so further investigation may be conducted in this Office. I will also enclose an additional copy of this letter, so you may attach this to your new (re-filed) habeas petition.

Finally, please note that as an employee of the U.S. District Court, I am prohibited from giving you legal advise or performing any legal services for you, however, I hope this letter has been responsive to your inquiries.

Very truly yours,

Rebecca Greenberg
Pro Se Staff Attorney