```
              UNITED STATE DISTRICT
           DISTRICT OF MASSACHUSETTS  FILED
                                     ...  'S OFFICE

                                   2005 APR 26  A 11: 36
                             C. A. No. 05-10127-PBS
                                     U.S. DISTRICT COURT
                                     DISTRICT OF MASS

     RODERICK GILMORE,
         Petitioner,


                  v.


     LUIS SPENCER,
         Respondent.



PETITIONER'S PETITION FOR WRIT OF HABEAS CORPUS




                                    Roderick Gilmore
                                    MCI-Norfolk
                                    P.O. Box 43
                                    Norfolk, MA 02056




APRIL 21, 2005.
```

TABLE OF CONTENTS

TABLE OF AUTHORITIES . . . . . . . . . . . . . . . . . . . . . ii

STATEMENT OF THE CASE . . . . . . . . . . . . . . . . . . . . . 1

STATEMENT OF THE FACTS . . . . . . . . . . . . . . . . . . . . 2

ISSUES PRESENTED . . . . . . . . . . . . . . . . . . . . . . . 6

ARGUMENT . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

I.    STANDARD OF HABEAS COURT REVIEW UNDER 18 U.S.C. 2254(D)(1) 7

II.   WHETHER THE PETITIONER IS ENTITLED TO RELIEF UNDER 28 U.S.C. § 2254, BECAUSE THE COMMONWEALTH HAD FAILED TO PROVE EXCESSIVE USE OF FORCE IN SELF-DEFENSE TO REDUCE THE VERDICT TO MANSLAUGHTER . . . . . . . . . . . . . . . . . . . . . . 9

III. WHETHER THE PETITIONER IS ENTITLED TO RELIEF UNDER 28 U.S.C. § 2254, BECAUSE THE PETITIONER WAS DENIED EFFECTIVE ASSISTANCE OF COUNSEL GUARANTEED BY THE SIXTH AMENDMENT OF THE U.S. CONSTITUTION, BY HIS COUNSEL FAILURE TO OBJECT TO ERRONEOUS INSTRUCTIONS, FAILURE TO ARTICULATE ONE DEFENSE FAILURE TO INPEACH A CRUCIAL WITNESS, FAILURE TO OBJECT TO IMPROPER "SYMPATHY" EVIDENCE, AND BY COUNSEL'S CALLING A WITNESS EITHER WITHOUT KNOWING WHAT HER TESTIMONY WOULD BE OR FOR MANIFESTING UNREASONABLE PURPOSE . . . . . . . . . 15

IV.  WHETHER THE PETITIONER IS ENTITLED TO RELIEF UNDER 28 U.S.C. § 2254, BECAUSE THE PROSECUTION STATEMENTS OF SYMPATHY FOR THE VICTIM WAS HIGHLY IMPROPER. . . . . . . . . . . . . . 24

V.    WHETHER THE PETITIONER IS ENTITLED TO RELIEF UNDER 28 U.S.C. § 2254, BECAUSE HIS CONVICTION WAS OBTAINED BY THE UNCONSTITUTIONAL FAILURE OF THE PROSECUTION TO DISCLOSE TO THE PETITIONER, EVIDENCE FAVORABLE TO THE PETITIONER. . . . . 27

CONCLUSION                                                    30

CERTIFICATE OF SERVICE                                        30

RECORD APPENDIX                                               31

TABLE OF AUTHORITIES

State:

Commonwealth v. Acevedo,
    427 Mass. at 717 (1999) . . . . . . . . . . . . . . . . . . 12-13

Commonwealth v. Adams,
    374 Mass. 722, 728 (1978) . . . . . . . . . . . . . . . . . . 18

Commonwealth v. Anderson,
    425 Mass. 685, 688 (1997) . . . . . . . . . . . . . . . . . . 12

Commonwealth v. Andrews,
    403 Mass. 441, 458 (1988) . . . . . . . . . . . . . . . . . . 28

Commonwealth v. Boucher,
    403 Mass. 659, 661-62 (1989) . . . . . . . . . . . . . . . 17-18

Commonwealth v. Ellison,
    376 Mass. 1, 22 (1978) . . . . . . . . . . . . . . . . . . . 28

Commonwealth v. Fetzer,
    19 Mass. App. Ct. 1024, 1025 (1985) . . . . . . . . . . . . 29

Commonwealth v. Flynn,
    39 Mass. App. 365 (1995) . . . . . . . . . . . . . . . . . . 27

Commonwealth v. Gelpi,
    416 Mass. 729, 730 (1994) . . . . . . . . . . . . . . . . . . 21

Commonwealth v. Gillette,
    33 Mass. App. Ct. 427, 429-432 (1992) . . . . . . . . . . . 21

Commonwealth v. Gordon,
    422 Mass. 186 (1996) . . . . . . . . . . . . . . . . . . . . 21

Commonwealth v. Graziano,
    368 Mass. 325, (1975) . . . . . . . . . . . . . . . . . . . 29

Commonwealth v. Henson,
    394 Mass. 584, 587 (1985) . . . . . . . . . . . . . . . . . 29

Commonwealth v. LeFave,
    430 Mass. at 174 (1999) . . . . . . . . . . . . . . . . . . 13

Commonwealth v. Eagles,
    419 Mass. 825, 834 (1995) . . . . . . . . . . . . . . . . . 10

Commonwealth v. Gagliardi,
    21 Mass. App. Ct. 439, 448 (1986) . . . . . . . . . . . . 10

Commonwealth v. Niemic,
    427 Mass. 718 (1998) . . . . . . . . . . . . . . . . . . 12

Commonwealth v. Rondeau,
    378 Mass. 408, 413 ((1979) . . . . . . . . . . . . . . . 18

Commonwealth v. Saferian,
    366 Mass, 89, 96 (1974) . . . . . . . . . . . . . . . . 16

Commonwealth v. Santiago,
    425 Mass. 491 (1997) . . . . . . . . . . . . . . . . . . 26

Commonwealth v. Satterfield,
    373 Mass. 109, 115 (1977) . . . . . . . . . . . . . . . 16

Commonwealth v. Shelly,
    374 Mass. 466, 472, 373 N.E. 2d 951 (1978) . . . . . . . 26

Commonwealth v. Sowell,
    34 Mass. App. Ct. at 232 (1993) . . . . . . . . . . . . 15

Commonwealth v. Stone,
    366 Mass. 506, 517, (1974) . . . . . . . . . . . . . . . 18

Commonwealth v. St. Germain,
    381 Mass. 256, 262 (1980) . . . . . . . . . . . . . . . 28

Commonwealth v. Tucceri,
    420 Mass. 479, 488-89 (1995) . . . . . . . . . . . . Passim

Commonwealth v. Trapp,
    423 Mass. 356, 361 (1996) . . . . . . . . . . . . . . . 12

Commonwealth v. Tucceri,
    412 Mass. 401, 413 (1992) . . . . . . . . . . . . . . . 16

Commonwealth v. Voisine,
    414 Mass. 772, 785-786 (1993) . . . . . . . . . . . . . 29

Commonwealth v. Webster,
    5 Cush. 295, 305-308 (1850) . . . . . . . . . . . . . . 17

<em>
</em>

Flynn v. Connors,
    39 Mass. App. Ct. 365 (1995) . . . . . . . . . . . . . . . 27

Telesetsky v. Wright,
    395 Mass. 868, 873 (1985) . . . . . . . . . . . . . . . . 27

Federal Cases:

Alford v. United States,
    905 U.S. 150 (1972) . . . . . . . . . . . . . . . . . . . 29

Berger v. United States,
    295 U.S. 78, 88, 55 S.Ct. 629, 633 (1935) . . . . . . . . 26

Boyde v. California,
    494 U.S. 370, 378 (1990) . . . . . . . . . . . . . . . . 13

Brady v. Maryland,
    373 U.S. 83 (1963) . . . . . . . . . . . . . . . . . . . 29

Davis v. Alaska,
    415 U.S. 308 (1974) . . . . . . . . . . . . . . . . . . . 28

Estelle v. McGuire,
    502 U.S. 62, 72 n. 4 (1991) . . . . . . . . . . . . . . . 13

Francis v. Franklin,
    471 U.S. 307, 315 (1985) . . . . . . . . . . . . . . 12, 14

Gray v. Greer,
    800 F. 2d 644, 646 (7th Cir. 1986) . . . . . . . . . . . 15

In Re Winship,
    397 U.S. 358, 364 (1970) . . . . . . . . . . . . . . . . 12

Kyles v. Whitley,
    115 S.Ct. 1555 (1995) . . . . . . . . . . . . . . . . . . 29

Mullaney v. Wilbur,
    421 U.S. 684, 704 (1975) . . . . . . . . . . . . . . . . 13

O'Brien v. DuBois,
    145 F. 3d 16 (1st Cir. 1998) . . . . . . . . . . . . . 8-9

Sandstorm v. Montana,
    442 U.S. 510, 514 (1979) . . . . . . . . . . . . . . . . 13

Strickland v. Washington,
    466 U.S. 668 (1984) . . . . . . . . . . . . . . . . . 15, 24

Sullivan v. Louisiana,
    508 U.S. 275, 277-78 (1993) . . . . . . . . . . . . . . . 12

Statutes:

M.G.L. c. 233, §§ 20c-20i                                  27, 28
M.G.L. c. 265, § 1                                              1


Mass. R. Crim. P. 14(a)(i)                                     27
Mass. R. Crim. P. 30(b)                                        11

Miscellaneous:

Devitt and Blackmar, et alia
    Federal Jury Practice and Instructions,
    (4th Ed. 1992)                                             28


Constitutional Provisions:

U.S. Constitutional 6th Amendment                          Passim
Massachusetts Declaration of Rights Article 12             Passim