UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RODERICK GILMORE,          ) | |
|                            ) | |
|     Petitioner,            ) | |
|                            ) | |
| v.                         ) | Civil Action No. 05-10127-PBS |
|                            ) | |
| LUIS SPENCER,              ) | |
|                            ) | |
|     Respondent.            ) | |

**RESPONDENT'S MOTION FOR AN ENLARGEMENT OF TIME IN WHICH TO FILE BRIEF IN OPPOSITION TO PETITION**

Respondent Luis Spencer (the "Respondent") hereby respectfully moves this Court to enlarge until June 23, 2005 the time in which he must file a brief in opposition to the petition for a writ of habeas corpus (the "Petition") filed by Petitioner Roderick Gilmore (the "Petitioner"). The Respondent's brief is currently due on May 23, 2005. In support of this Motion, the Respondent states as follows:

1. The Petition arises from a 1995 conviction in the Plymouth County, Massachusetts, Superior Court.

2. The Petition includes serious allegations and references complex areas of law.

3. On March 15, 2005, the Respondent filed a Motion to Dismiss the Petition and a supporting Memorandum and Appendix. The Respondent argued that the instant action was not filed within the applicable statutory period of limitations and must thus be dismissed with prejudice.

4.       On March 22, 2005, this Court entered an Order requiring the Petitioner to file a brief in support of the Petition by April 22, 2005 and requiring the Respondent to file a brief in opposition to the Petition by May 23, 2005.

5.       On March 28, 2005, the Petitioner filed an Opposition to the Respondent's Motion to Dismiss and a supporting Memorandum and Affidavit.

6.       On April 26, 2005, the Petitioner filed a brief in support of his Petition.

7.       On May 23, 2005, this Court issued an Order referring the Respondent's Motion to Dismiss to Magistrate Judge Leo T. Sorokin for report and recommendation.

8.       Allowance of this Motion will afford the Court an opportunity to rule on the Respondent's Motion to Dismiss before the Court and the parties engage in further litigation concerning the merits of the Petition. If the Court agrees that this action is time-barred and dismisses it, such further litigation will be unnecessary.

9.       Additionally, undersigned counsel maintains a substantial caseload and experienced a family death shortly after the Petitioner's Brief was filed. Counsel thus requires additional time to prepare a brief addressing the merits of the Petition.

10.      No previous application for an enlargement of time in which to file a brief in opposition to the Petition has been made by the Respondent in this case.

11.      Allowance of this Motion will advance the interest of judicial economy, will enable counsel for the Respondent to aid the Court most thoroughly and effectively, and will not prejudice any party.

**WHEREFORE,** the Respondent requests that this Court enlarge the time in which he must file a brief in opposition to the Petition until June 23, 2005.

                                                Respectfully submitted,

                                                THOMAS F. REILLY
                                                Attorney General


                                                /s/ Randall E. Ravitz
                                                Randall E. Ravitz (BBO # 643381)
                                                Assistant Attorney General
                                                Criminal Bureau
                                                One Ashburton Place
                                                Boston, Massachusetts  02108
Dated:  May 23, 2005                      (617) 727-2200, ext. 2852

**CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the above document was served on May 23, 2005, by first-class mail, postage prepaid, upon:

Roderick Gilmore
M.C.I. Norfolk
P.O. Box 43
2 Clark Street
Norfolk, MA  02056

pro se

                                      /s/ Randall E. Ravitz
                                    Randall E. Ravitz