UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RODERICK GILMORE,
    Petitioner,

v.

                              Civil Action
                              No. 05-10127-PBS

LUIS SPENCER,
    Respondent.

PETITIONER'S REPLY TO RESPONDENT'S MOTION FOR AN ENLARGEMENT
OF TIME IN WHICH TO BRIEF IN OPPOSITION TO PETITION

    Now comes the Petitioner in the above-entitled matter, not opposing the extension of time but the assertions stated by the respondent in his motion for enlargement of time. The Petitioner states that sometime after March 25, 2005, he received the Court's Order which directed the Petitioner to file and serve a brief in support of the petition for habeas corpus on or before April 22, 2005 and the Respondents is hereby directed to file and serve a brief in opposition on or before May 23, 2005.

    The Petitioner comply with the Court's Order and mailed the brief in support of his petition for habeas corpus on April 21, 2005, (Exhibit A). Under the mailbox rule the petitioner had promptly comply with the Order of the Court. In the respondent's motion for enlargement of time, ¶ 6, the respondent claim that the petitioner did not comply which is false and misleading, and should not be accepted as accurate. See Mayne v. Hall, 122 F. Supp. 86 (D.Mass. 2000).

The respondent now which to pettifog the Court with misleading½³nd misrepresentation which should not be accepted. In every instance the petitioner has comply with the ORders and directs of the Court and the respondent should not be held to an different standard when they are not in compliance.

For these reasons, the petitioner requests that the respondent's motion to enlargement of time be denied accordingly.

Respectfully submitted,

Dated:

Roderick Gilmore
P.O. Box 43
Norfolk, MA 02056

CERTIFICATE OF SERVICE

I hereby declare that I have mailed a copy of the foregoing on June 1, 2005, by first class mail, postage prepaid on the Attorney General's Office at One Ashburton Place, Boston, MA.

Roderick Gilmore

| MAILING CHARGES | MAILING CHARGES |
|---|---|
| UNIT 2-3  DATE 04-21-05 | UNIT 2-3  DATE 04-21-05 |
| INMATE S NAME Roderick Gilmore | INMATE S NAME Roderick Gilmore |
| $ 3.95  HAS BEEN CHARGED TO YOUR ACCOUNT FOR THE MAILING OF A: | $ 3.95  HAS BEEN CHARGED TO YOUR ACCOUNT FOR THE MAILING OF A: |
| ( ) AIR FOREIGN          LETTER ( )  <br>( ) SPECIAL DEL.         REGISTERED ( )  <br>( ) RET. RECEIPT REQ.     PKG. (x)  <br>( ) AIR MAIL             *INSURED ( )  <br>                         CERTIFIED ( ) | ( ) AIR FOREIGN          LETTER ( )  <br>( ) SPECIAL DEL.         REGISTERED ( )  <br>( ) RET. RECEIPT REQ.     PKG. (x)  <br>( ) AIR MAIL             *INSURED ( )  <br>                         CERTIFIED ( ) |
| SIGNED _____  <br>       MAIL OFFICER | SIGNED _____  <br>       MAIL OFFICER |

