UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RODERICK GILMORE,

       Petitioner,

                                                                Civil Action No. 05cv10127-PBS

v.

LUIS SPENCER,
Superintendent of MCI Norfolk,

       Respondent.

ORDER

June 24, 2005

SOROKIN, M.J.

      Petitioner Roderick Gilmore is hereby ORDERED to file a supplemental Affidavit describing in detail when and how he filed his petition including a description of what he did after MCI Norfolk issued a $5.00 check payable to the U.S. District Court.   Petitioner may attach copies of any relevant documents or receipts that have not already been provided to the Court.

      Petitioner shall file this Supplemental Affidavit no later than July 25, 2005.

                                                /s/ Leo T. Sorokin
                                              LEO T. SOROKIN
                                              United States Magistrate Judge

Date: June 24, 2005