

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RODERICK GILMORE,
    PETITIONER,

v.                                      CIVIL ACTION
                                        NO. 05-CV-10127-PBS

LUIS SPENCER,
    RESPONDENT.


SUPPLEMENTAL AFFIDAVIT OF
<u>RODERICK GILMORE</u>

I, Roderick Gilmore, hereby state that the following is true and accurate to the best of knowledge:

1. I am the Petitioner in the above-entitle matter, styled Roderick Gilmore v. Luis Spencer, docketed number 05-CV-10127-PBS.

2. Following the decision of Supreme Judicial Court, with the assistance of an Inmate with knowledge of the procedues, I promptly prepare a Petition for Writ of habeas Corpus pursuant to 28 U.S.C. § 2254 and mailed to through the Prison Mail System, requesting that it be forwarded to Treasurer Department so that a check in the amount of Five dollars will accommodate the same. See <u>Exhibit "A"</u>, which includes the cover letter and DOC Inmate Transaction Report indicating that on May 14, 2004, an external disbursement, receipt # 2814887, check # 57812 was made payable to the US District Court.

3. After allowing the Court time to file my petition, I wrote to the Rebecca Greenberg, Pro Se Staff Attorney, inquiring



to the status of my petition for writ of habeas corpus on November 8, 2004. On November 22, 2004, Ms. Greenberg responded indicating that the Court neither obtained my my petition nor the five dollars. See Exhibit "B", she also indicated that I might want to refile my petition. As a follow-up of my inquiry pertaining to my petition for writ of habeas corpus, Ms. Greenberg spoke to Marsha Collins, Treasurer at MCI Norfolk, and she deed in fact support that a check was issued on the same date as previously indicating supporting my contentions. See Exhibit "C".

4. I immediately requested the Treasurer Office to cancel the check, but because the Treasurer was out of office, the transaction was not completed until December 16, 2004. See Exhibit "D." On January 3, 2005, I thereafter forwarded another request for a check in the amount of Five Dollars ($5.00) be forwarded to the U.S. District Court for filing fees. See Exhibit "E."

5. I mailed another check I assumed that the Court had received this check, at which time, I received a letter from the Court that I was directed to pay the fee or submit a certified copy of my account. See Exhibit "F".

6. I wrote a letter (Exhibit "G") in an attempt to get a copy of the check, and was told "that check does not show as cashed yet on our system. That check would have been mailed on 2/4/05 or 2/5/05". Which is a typo-error. See Exhibit "G."

2

7. I truly belived that after having numerous interference from the Respondent's agents (mailroom, treasurer and soforth), I believed that all those employees of the Department of Corrections, here at MCI Norfolk, after reading my petition in the mailroom and the treasurer office. (Since the envelope containing the petition was open, so that the Treasurer Office could place the check therein). I felt it was necessary to ask a relative of mines on the street to please purchase a Money Order from the Post Office, so that my petition will be properly filed without relying on the agents of the Respondents. A money order was purchased Serial Number 07609906912, and promptly mailed on February 15, 2005. See Exhibit "H."

8. As a petitioner incarcerated I believe that I encountered deliberate interference from the Respondent after it became known that he was a defendant in legal matters. Without my family, I don't believe that the fee would have been promptly submitted to this Honorable Court.

9. The following is an outline of all the avenues I took to have my petition filed within this Court, and for these reasons, I should be able to proceed without any interference from the agents of the Respondent.

Signed under the pains and penalties of perjury on this 10th day of July, 2005.

Dated:

Roderick Gilmore
P.O. Box 43
Norfolk, MA 02056

Roderick Gilmore
MCI Norfolk
P.O. Box 43
Norfolk, Mass. 02056

May 13th, 2004

United States District Court
District of Massachusetts
Office of The Clerk
Moakley United States Courthouse
One Courthouse Way
Suite 2300
Boston, Mass. 02210

RE: Roderick Gilmore v. Luis Spencer

Dear Clerk,

    Enclosed please find for filing and forward same to the judge petitioners Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, and my filing fee of $5.00. Kindly Docket this petition and assign a docket number and instructions for service. Thank you for your time and attention in this very important matter.

Sincerely,

Roderick Gilmore

EXHIBIT A

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date : 20041216 08:23

| | | | | | Page : 1 |
|---|---|---|---|---|---|
| Commit# : | W58213 | | | MCI NORFOLK | |
| Name : | GILMORE, RODERICK, , | | Statement From | 20040514 | |
| Inst : | MCI NORFOLK | | To | 20041216 | |
| Block : | 2-3 | | | | |
| Cell/Bed : | 102 /A | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total Transaction before this Period : | $2,009.98 | $1,942.88 | $10.00 | $10.00 |
| 20040514 10:05 | EX - External Disbursement | 2814887 | 57812 | NOR | ~U S DISTRICT COURT | $0.00 | $5.00 | $0.00 | $0.00 |
| 20040519 23:01 | PY - Payroll | 2834094 | | NOR | ~20040502 To 20040508 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20040520 22:30 | CN - Canteen | 2841086 | | NOR | ~Canteen Date : 20040520 | $0.00 | $54.78 | $0.00 | $0.00 |
| 20040524 09:08 | IC - Transfer from Inmate to Club A/c | 2846975 | | NOR | ~KOSS CORP~PROPERTY SHIPPING CHARGE - Z49~PROPERTY SHIPPING CHARGE - Z49 | $0.00 | $6.00 | $0.00 | $0.00 |
| 20040526 23:01 | PY - Payroll | 2863575 | | NOR | ~20040509 To 20040515 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20040528 13:29 | ML - Mail | 2873020 | | NOR | ~DALTON HUNTER | $100.00 | $0.00 | $0.00 | $0.00 |
| 20040602 23:01 | PY - Payroll | 2886828 | | NOR | ~20040516 To 20040522 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20040609 23:01 | PY - Payroll | 2919570 | | NOR | ~20040523 To 20040529 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20040610 07:35 | IS - Interest | 2928503 | | NOR | | $0.08 | $0.00 | $0.00 | $0.00 |
| 20040611 08:43 | CN - Canteen | 2945911 | | NOR | ~Canteen Date : 20040610 | $0.00 | $57.42 | $0.00 | $0.00 |
| 20040616 23:01 | PY - Payroll | 2966233 | | NOR | ~20040530 To 20040605 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20040617 22:30 | CN - Canteen | 2972419 | | NOR | ~Canteen Date : 20040617 | $0.00 | $55.26 | $0.00 | $0.00 |
| 20040623 23:01 | PY - Payroll | 2994888 | | NOR | ~20040606 To 20040612 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20040630 23:02 | PY - Payroll | 3023632 | | NOR | ~20040613 To 20040619 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20040707 23:02 | PY - Payroll | 3052609 | | NOR | ~20040620 To 20040626 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20040708 22:30 | CN - Canteen | 3062143 | | NOR | ~Canteen Date : 20040708 | $0.00 | $32.13 | $0.00 | $0.00 |
| 20040713 17:10 | IS - Interest | 3076440 | | NOR | | $0.11 | $0.00 | $0.00 | $0.00 |
| 20040714 23:02 | PY - Payroll | 3097435 | | NOR | ~20040627 To 20040703 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20040715 22:30 | CN - Canteen | 3105868 | | NOR | ~Canteen Date : 20040715 | $0.00 | $17.52 | $0.00 | $0.00 |
| 20040721 10:30 | EX - External Disbursement | 3119831 | 59018 | NOR | ~ADAMS STATE COLLEGE RECORDS OFFICE | $0.00 | $4.00 | $0.00 | $0.00 |
| 20040721 23:01 | PY - Payroll | 3126036 | | NOR | ~20040704 To 20040710 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20040722 22:30 | CN - Canteen | 3134782 | | NOR | ~Canteen Date : 20040722 | $0.00 | $11.45 | $0.00 | $0.00 |
| 20040728 23:01 | PY - Payroll | 3154265 | | NOR | ~20040711 To 20040717 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20040729 22:30 | CN - Canteen | 3161461 | | NOR | ~Canteen Date : 20040729 | $0.00 | $30.65 | $0.00 | $0.00 |
| 20040804 23:02 | PY - Payroll | 3182291 | | NOR | ~20040718 To 20040724 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20040805 13:53 | IC - Transfer from Inmate to Club A/c | 3188459 | | NOR | ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $6.00 | $0.00 | $0.00 |
| 20040811 17:03 | IS - Interest | 3210449 | | NOR | | $0.05 | $0.00 | $0.00 | $0.00 |
| 20040811 23:02 | PY - Payroll | 3226698 | | NOR | ~20040725 To 20040731 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20040818 23:01 | PY - Payroll | 3254791 | | NOR | ~20040801 To 20040807 | $10.00 | $0.00 | $0.00 | $0.00 |

<u>Office of the Clerk-U. S. District Court</u>
One Courthouse Way, Boston, MA 02210  Tel: 617-748-9165  Fax: 617-748-9160

Rebecca Greenberg
Pro Se Staff Attorney
U.S. District Court Clerk's Office
One Courthouse Way
Boston, MA 02210

Mr. Roderick Gilmore
MCI Norfolk
Norfolk, MA 02056            November 22, 2004


Re: Request for information re: habeas petition
    Gilmore v. Luis Spencer

Dear Mr. Gilmore:

   This Court is in receipt of your letter of November 8, 2004 requesting information on the status of your Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2254, which you claim to have filed in May of 2004, along with a motion to proceed *in forma pauperis* and also including the $5.00 filing fee.

   Please be advised that the Clerk's Office has checked into this matter and we do not have any record of receipt of such a Petition from you as in or around May, 2004. I have contacted the Court's accounting department to determine whether a $5.00 fee had been received from you, and have been advised that there are no such records. Additionally, I have attempted to contact the Treasurer's Office at MCI Norfolk to see whether that office has any record of any $5.00 distribution either to you or this Court around May 2004, but have not received any response to my inquiry to date.

   I cannot provide you with any further information on what may have happened to your petition. It could have gotten lost in the mail, misdirected to another court, or lost in this office, but it is impossible to tell based on the information at hand. In light of this, no case number has ever been assigned to your claimed Petition for Habeas Corpus, there is no docket sheet to provide to you and clearly no action has been taken by any District Judge.

   I am attaching the appropriate §2254 petition form and an Application to Proceed Without Prepayment of Fees, so that you may submit an appropriate petition to this court if you choose to do so. If you have a copy of your initial

EXHIBIT
B

petition, you may want to attach that to a new filing. Also, if you have any record of the $5.00 check being paid to this Court, please submit that information, so further investigation may be conducted in this Office. I will also enclose an additional copy of this letter, so you may attach this to your new (re-filed) habeas petition.

    Finally, please note that as an employee of the U.S. District Court, I am prohibited from giving you legal advise or performing any legal services for you, however, I hope this letter has been responsive to your inquiries.

                               Very truly yours,

                               Rebecca Greenberg
                               Pro Se Staff Attorney

**Office of the Clerk-U. S. District Court**
One Courthouse Way, Boston, MA 02210  Tel: 617-748-9165  Fax: 617-748-9160

Rebecca Greenberg
Pro Se Staff Attorney
U.S. District Court Clerk's Office
One Courthouse Way
Boston, MA 02210

Mr. Roderick Gilmore
MCI Norfolk
Norfolk, MA 02056          November 23, 2004


Re: Request for information re: habeas petition
    Gilmore v. Luis Spencer

Dear Mr. Gilmore:

   This letter is to follow up on my previous letter of November 22, 2004, to advise you that on the afternoon of November 22, 2004, I spoke with Marsha Collins, Treasurer at MCI Norfolk, and she indicated the records show that a $5.00 check was issued to you for the U.S. District Court on May 14, 2004. (#57812). However, her records also show that the $5.00 check was never cashed.

   If you want her to cancel that outstanding check and re-issue another check, she indicated you should advise her of this.

                              Very truly yours,
                              *Rebecca Greenberg* (signature)
                              Rebecca Greenberg
                              Pro Se Staff Attorney

EXHIBIT C

COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date: 20041216 08:23

Page: 3

| Commit# : | W58213 | | | MCI NORFOLK | | | | |
|---|---|---|---|---|---|---|---|---|
| Name : | GILMORE, RODERICK, , | | | Statement From | 20040514 | | | |
| Inst : | MCI NORFOLK | | | To | 20041216 | | | |
| Block : | 2-3 | | | | | | | |
| Cell/Bed : | 102 /A | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20041124 23:02 | PY - Payroll | 3726048 | | NOR | ~20041107 To 20041113 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20041201 23:02 | PY - Payroll | 3751915 | | NOR | ~20041114 To 20041120 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20041206 13:18 | ML - Mail | 3770067 | | NOR | ~RICHARD GILMORE~GILMORE, RICHARD, , | $150.00 | $0.00 | $0.00 | $0.00 |
| 20041206 13:18 | MA - Maintenance and Administration | 3770068 | | NOR | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20041207 17:00 | IS - Interest | 3780669 | | NOR | | $0.08 | $0.00 | $0.00 | $0.00 |
| 20041208 23:03 | PY - Payroll | 3802614 | | NOR | ~20041121 To 20041127 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20041209 22:30 | CN - Canteen | 3812249 | | NOR | ~Canteen Date : 20041209 | $0.00 | $62.05 | $0.00 | $0.00 |
| 20041210 14:13 | CI - Transfer from Club to Inmate A/c | 3815412 | | NOR | ~OUT OF STOCK CREDIT 12/9/04 CANTEEN CHARGE~W58213 GILMORE,RODERICK PERSONAL~KCN WASH ACCOUNT - Z5 | $8.40 | $0.00 | $0.00 | $0.00 |
| 20041215 23:03 | PY - Payroll | 3837171 | | NOR | ~20041128 To 20041204 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20041216 08:22 | VC - Voided Check | 3842162 | 57812 | NOR | ~U S DISTRICT COURT | $5.00 | $0.00 | $0.00 | $0.00 |
| 20041216 08:23 | IC - Transfer from Inmate to Club A/c | 3842169 | | NOR | ~MAINT FEE FOR STOP PAYMENT REQUEST~MAINTENANCE & ADMINISTRATION FEE - Z186~MAINTENANCE & ADMINISTRATION FEE - Z186 | $0.00 | $1.00 | $0.00 | $0.00 |
| | | | | | | $839.11 | $733.58 | $0.00 | $0.00 |

| | Personal | Savings |
|---|---|---|
| Balance as of ending date : | $172.63 | $0.00 |

Current Balances :

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $172.63 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

EXHIBIT D

**MCI NORFOLK - CHARGE SLIP**

DATE: 1-3-05

Unit: 2-3   Comm #: W-58213

Inmates Name: Roderick Gilmore

Charge $: 5.00

PAY TO: United States District Court Filling Fees

Inmates Signature: Roderick Gilmore

House Officer Signature: _Tavule_

Approval Signature:

Treasury Approval: BB

Date Processed: 1/6/05

**EXHIBIT E**

United States District Court

District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Greenberg, Rebecca entered on 1/25/2005 at 2:17 PM EST and filed on 1/25/2005
Case Name: Gilmore v. Spencer
Case Number: 1:05-cv-10127
Filer:
Document Number: 3

Docket Text:
Judge Patti B. Saris : MEMORANDUM AND ORDER entered re: [1] Motion for Leave to Proceed in forma pauperis: Within forty-two (42) days of the date of this Memorandum and Order, petitioner Gilmore is directed to either pay the $5.00 filing fee, or submit a certified copy of his prison account statement demonstrating the amount of monies or securities on deposit to his credit in the institution. The petition shall be served on the respondent, and a separate Order shall issue requiring the respondent to file a response to the petition. The petitioner's motion for appointment of counsel is denied without prejudice to renewing a motion after the respondent has filed a response to the petition.(Greenberg, Rebecca)

The following document(s) are associated with this transaction:

Document description:Main Document
Original filename:yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=1/25/2005] [FileNumber=828414-0]
[d7c2c93a9188d1c59f401bb14b3823a6d97fb3c126de5262cb0b6813452a33ab9576
d20ce744e0a27755f0dc30bf3d717996a8bdfeb5c7c0bde1d87a2e216931]]


1:05-cv-10127 Notice will be electronically mailed to:

1:05-cv-10127 Notice will not be electronically mailed to:

Roderick Gilmore
MCI NOrfolk
P.O. Box 43
2 Clark Street
Norfolk, MA 02056

**EXHIBIT F**

```
TO:    MARSHA COLLINS
       TREASURER OFFICE

FR:    RODERICK GILMORE
       W-58213, 2-3

RE:    REQUEST FOR COPY OF CHECK

DT:    JANUARY 28, 2005
```

TO WHOM IT MAY CONCERN:

I AM WRITING TO GET A COPY OF THE CHECK WRITING ON JANUARY 3, 2005, MADE PAYABLE TO THE UNITED STATES DISTRICT COURT FOR FILING FEES. IN CORRESPONDENCE FROM THE COURT THE JUDGE HAS INDICATED THAT THIS CHECK WAS NOT RECEIVED BY THEIR COURT.

THIS IS THE SECOND TIME A SUCH CHECK HAS BEEN MAILED TO THE COURT. IS THERE ANY WAY TO DETERMINE IF THIS CHECK HAS BEEN CASHED IF SO I AM SEEKING A COPY OF THE SAME AS PROOF THAT SUCH PAYMENT WAS MAILED TO THE COURT, OR A LETTER BY THIS COURT INDICATING THAT YOUR OFFICE HAS MAILED THE SAME TO THE COURT ON THE DATE INDICATED. I THANK YOU FOR YOUR ASSISTANCE IN THIS MATTER.

SINCERELY,

*[signature: Roderick Gilmore]*
RODERICK GILMORE

cc: File

---

*[handwritten note]:* That check does not show as ~~be~~ cashed yet on our system. That check would have been mailed on 2/4/05 or 2/5/05.

*[signature: Barbara B.]*

**EXHIBIT G**



EXHIBIT H

Roderick Gilmore
2 Clark Street
P.O. Box 43
Norfolk, MA 02056

February  , 2005

united States District Court
Office of the Clerk
1 Courthouse Way, Suite 2300
Boston, MA 02210

    RE: Filing Fees
        Gilmore v. Spencer
        NO. 05-10127-PBS

Dear Clerk:

    Enclosed for filing you will find $5.00 Filing Fee in the above entitled matter.

    Per order of the Honorable Patti B. Saris has allowed forty-two days for filing the fees or locating the check. I have asked a family member to obtain a Money Order for the purpose to determine the filing fee is paid accordingly to the Order.

    I thank you in advance for filing the same and asked that this Court notify me upon receipt of the filing fees. Again thank you for your time and assistance in this matter.

                        Sincerely,

                        Roderick Gilmore


cc: File

CERTIFICATE OF SERVICE

I, Roderick Gilmore, hereby state that I have mailed a copy of the foregoing upon the Counsel for the respondent, at the Attorney General's Office, at One Ashburton Place, Boston, MA, by first class mail, postage prepaid on this 11th day of July, 2005.

Dated:                              *[signature]*
                                    Roderick Gilmore