UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **RODERICK GILMORE,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 05-10127-PBS |
| ) | |
| **LUIS SPENCER,** ) | |
| ) | |
| Respondent. ) | |

**RESPONDENT'S NOTICE OF FILING WITH CLERK'S OFFICE
CONCERNING EXHIBIT TO HIS SUPPLEMENTAL MEMORANDUM
IN SUPPORT OF HIS MOTION TO DISMISS**

Notice is hereby given that the following Exhibit to the Respondent's Supplemental Memorandum in Support of His Motion to Dismiss has been mailed to the Court on this day for manual filing and will be available in paper form only:

EXHIBIT A.   Inmate Transaction Report Beginning May 1, 2004.

The original documents will be maintained in the case file in the Clerk's Office.

                                                  Respectfully submitted,

                                                  THOMAS F. REILLY
                                                  Attorney General

                                                  /s/ Randall E. Ravitz
                                                  Randall E. Ravitz (BBO # 643381)
                                                  Assistant Attorney General
                                                  Criminal Bureau
                                                  One Ashburton Place
                                                  Boston, Massachusetts  02108
                                                  (617) 727-2200, ext. 2852

Dated:  July 20, 2005

2

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served on July 20, 2005, by first-class mail, postage prepaid, upon:

Roderick Gilmore
M.C.I. Norfolk
P.O. Box 43
2 Clark Street
Norfolk, MA  02056

pro se

                                                                                    /s/ Randall E. Ravitz
                                                                                     Randall E. Ravitz