**EXHIBIT A**

COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF CORRECTION
Inmate Transaction Report

Date : 20050720 12:06

Page : 1

| Commit# : | W58213 | | | | MCI NORFOLK | | | |
| Name : | GILMORE, RODERICK , , | | | | Statement From | 20040501 | | |
| Inst : | MCI NORFOLK | | | | To | 20050720 | | |
| Block : | 2-3 | | | | | | | |
| Cell/Bed : | 102/A | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Total Transaction before this Period : | | $1,929.76 | $1,842.09 | $10.00 | $10.00 |
| 20040505 23:01 | PY - Payroll | 2761684 | | NOR | ~20040418 To 20040424 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20040506 12:33 | EX - External Disbursement | 2766209 | 57606 | NOR | ~KOSS CORP | $0.00 | $6.00 | $0.00 | $0.00 |
| 20040506 22:30 | CN - Canteen | 2768966 | | NOR | ~Canteen Date : 20040506 | $0.00 | $51.68 | $0.00 | $0.00 |
| 20040511 13:26 | ML - Mail | 2779169 | | NOR | ~REGINA REID | $60.00 | $0.00 | $0.00 | $0.00 |
| 20040512 23:01 | PY - Payroll | 2790343 | | NOR | ~20040425 To 20040501 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20040513 07:32 | IS - Interest | 2798771 | | NOR | | $0.22 | $0.00 | $0.00 | $0.00 |
| 20040513 22:30 | CN - Canteen | 2813443 | | NOR | ~Canteen Date : 20040513 | $0.00 | $43.11 | $0.00 | $0.00 |
| 20040514 10:05 | EX - External Disbursement | 2814887 | 57812 | NOR | ~U S DISTRICT COURT | $0.00 | $5.00 | $0.00 | $0.00 |
| 20040519 23:01 | PY - Payroll | 2834094 | | NOR | ~20040502 To 20040508 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20040520 22:30 | CN - Canteen | 2841086 | | NOR | ~Canteen Date : 20040520 | $0.00 | $54.78 | $0.00 | $0.00 |
| 20040524 09:08 | IC - Transfer from Inmate to Club A/c | 2846975 | | NOR | ~KOSS CORP~PROPERTY SHIPPING CHARGE - Z49~PROPERTY SHIPPING CHARGE - Z49 | $0.00 | $6.00 | $0.00 | $0.00 |
| 20040526 23:01 | PY - Payroll | 2863575 | | NOR | ~20040509 To 20040515 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20040528 13:29 | ML - Mail | 2873020 | | NOR | ~DALTON HUNTER | $100.00 | $0.00 | $0.00 | $0.00 |
| 20040602 23:01 | PY - Payroll | 2886828 | | NOR | ~20040516 To 20040522 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20040609 23:01 | PY - Payroll | 2919570 | | NOR | ~20040523 To 20040529 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20040610 07:35 | IS - Interest | 2928503 | | NOR | | $0.08 | $0.00 | $0.00 | $0.00 |
| 20040611 08:43 | CN - Canteen | 2945911 | | NOR | ~Canteen Date : 20040610 | $0.00 | $57.42 | $0.00 | $0.00 |
| 20040616 23:01 | PY - Payroll | 2966233 | | NOR | ~20040530 To 20040605 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20040617 22:30 | CN - Canteen | 2972419 | | NOR | ~Canteen Date : 20040617 | $0.00 | $55.26 | $0.00 | $0.00 |
| 20040623 23:01 | PY - Payroll | 2994888 | | NOR | ~20040606 To 20040612 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20040630 23:02 | PY - Payroll | 3023632 | | NOR | ~20040613 To 20040619 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20040707 23:02 | PY - Payroll | 3052609 | | NOR | ~20040620 To 20040626 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20040708 22:30 | CN - Canteen | 3062143 | | NOR | ~Canteen Date : 20040708 | $0.00 | $32.13 | $0.00 | $0.00 |
| 20040713 17:10 | IS - Interest | 3076440 | | NOR | | $0.11 | $0.00 | $0.00 | $0.00 |
| 20040714 23:02 | PY - Payroll | 3097435 | | NOR | ~20040627 To 20040703 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20040715 22:30 | CN - Canteen | 3105868 | | NOR | ~Canteen Date : 20040715 | $0.00 | $17.52 | $0.00 | $0.00 |
| 20040721 10:30 | EX - External Disbursement | 3119831 | 59018 | NOR | ~ADAMS STATE COLLEGE RECORDS OFFICE | $0.00 | $4.00 | $0.00 | $0.00 |
| 20040721 23:01 | PY - Payroll | 3126036 | | NOR | ~20040704 To 20040710 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20040722 22:30 | CN - Canteen | 3134782 | | NOR | ~Canteen Date : 20040722 | $0.00 | $11.45 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date: 20050720 12:06

Page: 2

| Commit# : | W58213 | | | MCI NORFOLK | | | | |
| Name : | GILMORE, RODERICK, , | | | Statement From | 20040501 | | | |
| Inst : | MCI NORFOLK | | | To | 20050720 | | | |
| Block : | 2-3 | | | | | | | |
| Cell/Bed : | 102/A | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20040728 23:01 | PY - Payroll | 3154265 | | NOR | ~20040711 To 20040717 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20040729 22:30 | CN - Canteen | 3161461 | | NOR | ~Canteen Date : 20040729 | $0.00 | $30.65 | $0.00 | $0.00 |
| 20040804 23:02 | PY - Payroll | 3182291 | | NOR | ~20040718 To 20040724 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20040805 13:53 | IC - Transfer from Inmate to Club A/c | 3188459 | | NOR | ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $6.00 | $0.00 | $0.00 |
| 20040811 17:03 | IS - Interest | 3210449 | | NOR | | $0.05 | $0.00 | $0.00 | $0.00 |
| 20040811 23:02 | PY - Payroll | 3226698 | | NOR | ~20040725 To 20040731 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20040818 23:01 | PY - Payroll | 3254791 | | NOR | ~20040801 To 20040807 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20040825 23:01 | PY - Payroll | 3283521 | | NOR | ~20040808 To 20040814 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20040826 22:30 | CN - Canteen | 3291650 | | NOR | ~Canteen Date : 20040826 | $0.00 | $17.00 | $0.00 | $0.00 |
| 20040901 23:02 | PY - Payroll | 3311704 | | NOR | ~20040815 To 20040821 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20040902 10:14 | ML - Mail | 3316877 | | NOR | ~RICHARD GILMORE | $100.00 | $0.00 | $0.00 | $0.00 |
| 20040908 16:50 | IS - Interest | 3336638 | | NOR | | $0.03 | $0.00 | $0.00 | $0.00 |
| 20040008 23:02 | PY - Payroll | 3352831 | | NOR | ~20040822 To 20040828 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20040909 22:30 | CN - Canteen | 3362321 | | NOR | ~Canteen Date : 20040909 | $0.00 | $33.37 | $0.00 | $0.00 |
| 20040913 09:59 | VI - Visitation | 3366866 | 276 | NOR | ~ERICA A. GILMORE-PEARSON~GILMORE, ERICA, , | $150.00 | $0.00 | $0.00 | $0.00 |
| 20040914 08:57 | IC - Transfer from Inmate to Club A/c | 3370619 | | NOR | ~N.D.M. ~INMATE CLOTHING PURCHASE - Z51~INMATE CLOTHING PURCHASE - Z51 | $0.00 | $70.98 | $0.00 | $0.00 |
| 20040915 23:01 | PY - Payroll | 3382694 | | NOR | ~20040829 To 20040904 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20040922 23:02 | PY - Payroll | 3411187 | | NOR | ~20040905 To 20040911 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20040927 08:41 | AJ - Adjustments | 3423058 | | NOR | ~CHECK RETURNED FROM BANK | $0.00 | $150.00 | $0.00 | $0.00 |
| 20040929 23:03 | PY - Payroll | 3438577 | | NOR | ~20040912 To 20040918 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20040930 22:30 | CN - Canteen | 3446974 | | NOR | ~Canteen Date : 20040930 | $0.00 | $40.84 | $0.00 | $0.00 |
| 20041006 23:03 | PY - Payroll | 3469513 | | NOR | ~20040919 To 20040925 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20041013 16:59 | IS - Interest | 3501870 | | NOR | | $0.27 | $0.00 | $0.00 | $0.00 |
| 20041013 23:01 | PY - Payroll | 3516725 | | NOR | ~20040926 To 20041002 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20041019 15:54 | CI - Transfer from Club to Inmate A/c | 3538345 | | NOR | ~unit rep stipend~W58213 GILMORE,RODERICK PERSONAL~INMATE BENEFIT - Z1 | $15.00 | $0.00 | $0.00 | $0.00 |
| 20041020 23:01 | PY - Payroll | 3548941 | | NOR | ~20041003 To 20041009 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20041021 22:30 | CN - Canteen | 3558935 | | NOR | ~Canteen Date : 20041021 | $0.00 | $11.59 | $0.00 | $0.00 |
| 20041027 23:02 | PY - Payroll | 3578849 | | NOR | ~20041010 To 20041016 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20041028 09:35 | IC - Transfer from Inmate to Club A/c | 3583345 | | NOR | ~HAITIAN RELIEF FUND~MISC. FUNCTION COLLECTION - Z54~MISC. FUNCTION | $0.00 | $5.00 | $0.00 | $0.00 |

**COMMONWEALTH OF MASSACHUSETTS**
**DEPARTMENT OF CORRECTION**
**Inmate Transaction Report**

Date: 20050720 12:06

Page: 3

| Commit# : | W58213 | | | | MCI NORFOLK | | | | |
| Name : | GILMORE, RODERICK, , | | | | Statement From | 20040501 | | | |
| Inst : | MCI NORFOLK | | | | To | 20050720 | | | |
| Block : | 2-3 | | | | | | | | |
| Cell/Bed : | 102 /A | | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | COLLECTION - Z54 | | | | |
| 20041103 23:02 | PY - Payroll | 3611745 | | NOR | ~20041017 To 20041023 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20041104 22:30 | CN - Canteen | 3621986 | | NOR | ~Canteen Date : 20041104 | $0.00 | $34.82 | $0.00 | $0.00 |
| 20041110 16:46 | IS - Interest | 3647576 | | NOR | | $0.09 | $0.00 | $0.00 | $0.00 |
| 20041110 23:03 | PY - Payroll | 3662547 | | NOR | ~20041024 To 20041030 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20041111 22:30 | CN - Canteen | 3669786 | | NOR | ~Canteen Date : 20041111 | $0.00 | $25.72 | $0.00 | $0.00 |
| 20041117 23:02 | PY - Payroll | 3692127 | | NOR | ~20041031 To 20041106 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20041124 23:02 | PY - Payroll | 3726048 | | NOR | ~20041107 To 20041113 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20041201 23:02 | PY - Payroll | 3751915 | | NOR | ~20041114 To 20041120 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20041206 13:18 | ML - Mail | 3770067 | | NOR | ~RICHARD GILMORE~GILMORE, RICHARD, , | $150.00 | $0.00 | $0.00 | $0.00 |
| 20041206 13:18 | MA - Maintenance and Administration | 3770068 | | NOR | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20041207 17:00 | IS - Interest | 3780669 | | NOR | | $0.08 | $0.00 | $0.00 | $0.00 |
| 20041208 23:03 | PY - Payroll | 3802614 | | NOR | ~20041121 To 20041127 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20041209 22:30 | CN - Canteen | 3812249 | | NOR | ~Canteen Date : 20041209 | $0.00 | $62.05 | $0.00 | $0.00 |
| 20041210 14:13 | CI - Transfer from Club to Inmate A/c | 3815412 | | NOR | ~OUT OF STOCK CREDIT 12/9/04 CANTEEN CHARGE~W58213 GILMORE,RODERICK PERSONAL~KCN WASH ACCOUNT - Z5 | $8.40 | $0.00 | $0.00 | $0.00 |
| 20041215 23:03 | PY - Payroll | 3837171 | | NOR | ~20041128 To 20041204 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20041216 08:22 | VC - Voided Check | 3842162 | 57812 | NOR | ~U S DISTRICT COURT | $5.00 | $0.00 | $0.00 | $0.00 |
| 20041216 08:23 | IC - Transfer from Inmate to Club A/c | 3842169 | | NOR | ~MAINT FEE FOR STOP PAYMENT REQUEST~MAINTENANCE & ADMINISTRATION FEE - Z186~MAINTENANCE & ADMINISTRATION FEE - Z186 | $0.00 | $1.00 | $0.00 | $0.00 |
| 20041216 22:30 | CN - Canteen | 3848286 | | NOR | ~Canteen Date : 20041216 | $0.00 | $35.90 | $0.00 | $0.00 |
| 20041220 13:39 | ML - Mail | 3855554 | | NOR | ~ILENE MAIR~MEYER, ILENE/ GRACE, , | $60.00 | $0.00 | $0.00 | $0.00 |
| 20041221 15:07 | CI - Transfer from Club to Inmate A/c | 3861667 | | NOR | ~DEC 04 STIPEND~W58213 GILMORE,RODERICK PERSONAL~INMATE BENEFIT - Z1 | $15.00 | $0.00 | $0.00 | $0.00 |
| 20041222 23:03 | PY - Payroll | 3873992 | | NOR | ~20041205 To 20041211 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20041227 13:01 | ML - Mail | 3888268 | | NOR | ~ERICA A GILMORE-PEARSON~GILMORE, ERICA, , | $150.00 | $0.00 | $0.00 | $0.00 |
| 20041229 22:30 | CN - Canteen | 3903725 | | NOR | ~Canteen Date : 20041229 | $0.00 | $70.98 | $0.00 | $0.00 |
| 20041229 23:03 | PY - Payroll | 3907135 | | NOR | ~20041212 To 20041218 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20050105 23:02 | PY - Payroll | 3937530 | | NOR | ~20041219 To 20041225 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20050106 13:03 | EX - External Disbursement | 3943427 | 62027 | NOR | ~UNITED STATES DISTRICT COURT | $0.00 | $5.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date: 20050720 12:06

Page: 4

Commit#: W58213  
Name: GILMORE, RODERICK,,  
Inst.: MCI NORFOLK  
Block: 2-3  
Cell/Bed: 102 /A  

MCI NORFOLK  
Statement From  20040501  
To  20050720  

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20050106 13:03 | MA - Maintenance and Administration | 3943428 | | NOR | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050106 22:30 | CN - Canteen | 3947077 | | NOR | ~Canteen Date : 20050106 | $0.00 | $32.16 | $0.00 | $0.00 |
| 20050110 14:33 | IC - Transfer from Inmate to Club A/c | 3955343 | | NOR | ~ANTHONY ANASTASIAS USDC~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.06 | $0.00 | $0.00 |
| 20050112 23:03 | PY - Payroll | 3970896 | | NOR | ~20041226 To 20050101 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20050113 17:06 | IS - Interest | 3981770 | | NOR | | $0.47 | $0.00 | $0.00 | $0.00 |
| 20050114 09:15 | IC - Transfer from Inmate to Club A/c | 3997201 | | NOR | ~826.826.826.~CANTEEN CORP. WASH ACCOUNT - Z6~CANTEEN CORP. WASH ACCOUNT - Z6 | $0.00 | $13.80 | $0.00 | $0.00 |
| 20050119 23:04 | PY - Payroll | 4014958 | | NOR | ~20050102 To 20050108 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20050125 15:36 | EX - External Disbursement | 4034690 | 62294 | NOR | ~EDWARD HAMILTON BOOKS | $0.00 | $43.34 | $0.00 | $0.00 |
| 20050126 23:02 | PY - Payroll | 4044116 | | NOR | ~20050109 To 20050115 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20050127 22:30 | CN - Canteen | 4052429 | | NOR | ~Canteen Date : 20050127 | $0.00 | $42.47 | $0.00 | $0.00 |
| 20050202 23:04 | PY - Payroll | 4077089 | | NOR | ~20050116 To 20050122 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20050204 09:21 | IC - Transfer from Inmate to Club A/c | 4088562 | | NOR | ~z-20~MUSIC AND PERFORMING ARTS - Z20~MUSIC AND PERFORMING ARTS - Z20 | $0.00 | $5.00 | $0.00 | $0.00 |
| 20050209 16:46 | IS - Interest | 4110870 | | NOR | | $0.75 | $0.00 | $0.00 | $0.00 |
| 20050209 23:05 | PY - Payroll | 4127259 | | NOR | ~20050123 To 20050129 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20050216 23:04 | PY - Payroll | 4159917 | | NOR | ~20050130 To 20050205 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20050217 22:30 | CN - Canteen | 4168334 | | NOR | ~Canteen Date : 20050217 | $0.00 | $36.08 | $0.00 | $0.00 |
| 20050222 12:34 | IC - Transfer from Inmate to Club A/c | 4178460 | | NOR | ~PHOTO - Z13~PHOTO - Z13 | $0.00 | $6.00 | $0.00 | $0.00 |
| 20050222 15:12 | IC - Transfer from Inmate to Club A/c | 4179089 | | NOR | ~INMATE CLOTHING PURCHASE - Z51~INMATE CLOTHING PURCHASE - Z51 | $0.00 | $91.40 | $0.00 | $0.00 |
| 20050223 23:03 | PY - Payroll | 4188903 | | NOR | ~20050206 To 20050212 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20050224 22:30 | CN - Canteen | 4198037 | | NOR | ~Canteen Date : 20050224 | $0.00 | $40.64 | $0.00 | $0.00 |
| 20050302 23:03 | PY - Payroll | 4220531 | | NOR | ~20050213 To 20050219 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20050304 08:00 | IC - Transfer from Inmate to Club A/c | 4231443 | | NOR | ~PHOTO - Z13~PHOTO - Z13 | $0.00 | $6.00 | $0.00 | $0.00 |
| 20050304 08:00 | IC - Transfer from Inmate to Club A/c | 4231449 | | NOR | ~PHOTO - Z13~PHOTO - Z13 | $0.00 | $6.00 | $0.00 | $0.00 |
| 20050309 23:03 | PY - Payroll | 4255736 | | NOR | ~20050220 To 20050226 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20050310 12:07 | ML - Mail | 4262376 | | NOR | ~ILENE M.~MEYER, ILENE/ GRACE,, | $50.00 | $0.00 | $0.00 | $0.00 |
| 20050310 12:07 | MA - Maintenance and Administration | 4262377 | | NOR | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050310 22:30 | CN - Canteen | 4264179 | | NOR | ~Canteen Date : 20050310 | $0.00 | $59.90 | $0.00 | $0.00 |
| 20050315 15:52 | IC - Transfer from Inmate to Club A/c | 4277817 | | NOR | ~z-94~AA BIG BOOK - Z94~AA BIG BOOK - Z94 | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050315 16:52 | IS - Interest | 4281986 | | NOR | | $0.51 | $0.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date: 20050720 12:06

| | | | |
|---|---|---|---|
| Commit# : | W58213 | | Page: 5 |
| Name : | GILMORE, RODERICK, , | MCI NORFOLK | |
| Inst : | MCI NORFOLK | Statement From 20040501 | |
| Block : | 2-3 | To 20050720 | |
| Cell/Bed : | 102 /A | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20050316 13:08 | ML - Mail | 4297985 | | NOR | ~ILENE MEYER~MEYER, ILENE/ GRACE, , | $50.00 | $0.00 | $0.00 | $0.00 |
| 20050316 23:05 | PY - Payroll | 4303254 | | NOR | ~20050227 To 20050305 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20050318 13:15 | ML - Mail | 4315032 | | NOR | ~ANDREA EARLE~EARLE, ANDREA, , | $50.00 | $0.00 | $0.00 | $0.00 |
| 20050322 16:34 | CI - Transfer from Club to Inmate A/c | 4325209 | | NOR | ~MARCH STIPEND unit rep~W58213 GILMORE,RODERICK PERSONAL~INMATE BENEFIT - Z1 | $15.00 | $0.00 | $0.00 | $0.00 |
| 20050323 23:04 | PY - Payroll | 4335070 | | NOR | ~20050306 To 20050312 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20050324 22:30 | CN - Canteen | 4343962 | | NOR | ~Canteen Date : 20050324 | $0.00 | $58.20 | $0.00 | $0.00 |
| 20050325 10:59 | ML - Mail | 4346927 | | NOR | ~ERICA PEARSON | $50.00 | $0.00 | $0.00 | $0.00 |
| 20050329 11:33 | IC - Transfer from Inmate to Club A/c | 4356227 | | NOR | ~Letter postage on 03/24/05~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.83 | $0.00 | $0.00 |
| 20050330 23:06 | PY - Payroll | 4366431 | | NOR | ~20050313 To 20050319 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20050406 23:03 | PY - Payroll | 4403997 | | NOR | ~20050320 To 20050326 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20050408 16:47 | IS - Interest | 4421952 | | NOR | | $0.43 | $0.00 | $0.00 | $0.00 |
| 20050413 23:04 | PY - Payroll | 4454909 | | NOR | ~20050327 To 20050402 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20050414 22:30 | CN - Canteen | 4463689 | | NOR | ~Canteen Date : 20050414 | $0.00 | $51.44 | $0.00 | $0.00 |
| 20050420 23:12 | PY - Payroll | 4485693 | | NOR | ~20050403 To 20050409 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20050427 23:03 | PY - Payroll | 4516184 | | NOR | ~20050410 To 20050416 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20050428 22:30 | CN - Canteen | 4526285 | | NOR | ~Canteen Date : 20050428 | $0.00 | $45.99 | $0.00 | $0.00 |
| 20050429 13:23 | IC - Transfer from Inmate to Club A/c | 4527967 | | NOR | ~z-16 Mon Nite~ALCHOLIC'S ANONYMOUS - Z16~ALCHOLIC'S ANONYMOUS - Z16 | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050504 23:05 | PY - Payroll | 4552534 | | NOR | ~20050417 To 20050423 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20050505 10:38 | IC - Transfer from Inmate to Club A/c | 4559584 | | NOR | ~Package to: Clerk of Court on 04/21/05~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $3.95 | $0.00 | $0.00 |
| 20050505 10:39 | IC - Transfer from Inmate to Club A/c | 4559588 | | NOR | ~Package to: Attorney General on 04/21/05~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $3.95 | $0.00 | $0.00 |
| 20050511 16:47 | IS - Interest | 4588384 | | NOR | | $0.66 | $0.00 | $0.00 | $0.00 |
| 20050511 23:05 | PY - Payroll | 4604861 | | NOR | ~20050424 To 20050430 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20050518 23:06 | PY - Payroll | 4639239 | | NOR | ~20050501 To 20050507 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20050519 13:51 | ML - Mail | 4644751 | | NOR | ~Dalton Hunter~HUNTER, DALTON, , | $100.00 | $0.00 | $0.00 | $0.00 |
| 20050519 13:51 | MA - Maintenance and Administration | 4644753 | | NOR | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050519 22:30 | CN - Canteen | 4645637 | | NOR | ~Canteen Date : 20050519 | $0.00 | $32.84 | $0.00 | $0.00 |
| 20050525 23:08 | PY - Payroll | 4670877 | | NOR | ~20050508 To 20050514 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20050526 22:30 | CN - Canteen | 4680778 | | NOR | ~Canteen Date : 20050526 | $0.00 | $58.90 | $0.00 | $0.00 |

**COMMONWEALTH OF MASSACHUSETTS**
**DEPARTMENT OF CORRECTION**
Inmate Transaction Report

Date: 20050720 12:06

Page: 6

| Commit#: | W58213 | | | | | MCI NORFOLK | | | |
| Name: | GILMORE, RODERICK, | | | | Statement From | 20040501 | | | |
| Inst: | MCI NORFOLK | | | | To | 20050720 | | | |
| Block: | 2-3 | | | | | | | | |
| Cell/Bed: | 102 /A | | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20050601 23:03 | PY - Payroll | 4701161 | | NOR | ~20050515 To 20050521 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20050602 22:30 | CN - Canteen | 4710995 | | NOR | ~Canteen Date : 20050602 | $0.00 | $13.83 | $0.00 | $0.00 |
| 20050608 23:05 | PY - Payroll | 4739402 | | NOR | ~20050522 To 20050528 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20050609 16:49 | IS - Interest | 4750253 | | NOR | | $0.69 | $0.00 | $0.00 | $0.00 |
| 20050615 23:03 | PY - Payroll | 4789375 | | NOR | ~20050529 To 20050604 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20050616 10:50 | IC - Transfer from Inmate to Club A/c | 4795552 | | NOR | ~z-20--MUSIC AND PERFORMING ARTS - Z20~MUSIC AND PERFORMING ARTS - Z20 | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050616 22:30 | CN - Canteen | 4796645 | | NOR | ~Canteen Date : 20050616 | $0.00 | $43.63 | $0.00 | $0.00 |
| 20050621 10:55 | IC - Transfer from Inmate to Club A/c | 4810491 | | NOR | ~z-114 saturday morn~NARCOTICS ANONYMOUS - Z114~NARCOTICS ANONYMOUS - Z114 | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050622 23:11 | PY - Payroll | 4822415 | | NOR | ~20050605 To 20050611 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20050623 22:30 | CN - Canteen | 4831726 | | NOR | ~Canteen Date : 20050623 | $0.00 | $19.49 | $0.00 | $0.00 |
| 20050628 11:08 | CI - Transfer from Club to Inmate A/c | 4842349 | | NOR | ~JUNE STIPEND unit rep~W58213 GILMORE,RODERICK PERSONAL~INMATE BENEFIT - Z1 | $15.00 | $0.00 | $0.00 | $0.00 |
| 20050629 23:04 | PY - Payroll | 4854145 | | NOR | ~20050612 To 20050618 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20050706 23:07 | PY - Payroll | 4890640 | | NOR | ~20050619 To 20050625 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20050707 22:30 | CN - Canteen | 4901141 | | NOR | ~Canteen Date : 20050707 | $0.00 | $47.59 | $0.00 | $0.00 |
| 20050708 14:53 | IC - Transfer from Inmate to Club A/c | 4904129 | | NOR | ~SODA CAN REFUND 2-3 - Z123~SODA CAN REFUND 2-3 - Z123 | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050711 09:52 | EX - External Disbursement | 4907529 | 65207 | NOR | ~PSYCHOLOGY TODAY | $0.00 | $15.97 | $0.00 | $0.00 |
| 20050711 09:52 | MA - Maintenance and Administration | 4907531 | | NOR | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050711 13:55 | IC - Transfer from Inmate to Club A/c | 4909560 | | NOR | ~U.S. D.C. Boston~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.06 | $0.00 | $0.00 |
| 20050713 16:51 | IS - Interest | 4925602 | | NOR | | $0.65 | $0.00 | $0.00 | $0.00 |
| 20050713 23:10 | PY - Payroll | 4943005 | | NOR | ~20050626 To 20050702 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20050714 13:08 | IC - Transfer from Inmate to Club A/c | 4948939 | | NOR | ~ATTORNEY GENERAL OFFICE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.06 | $0.00 | $0.00 |
| | | | | | | $1,778.49 | $1,737.83 | $0.00 | $0.00 |

| | Personal | Savings |
|---|---|---|
| Balance as of ending date : | $128.33 | $0.00 |

## COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date: 20050720 12:06

Page: 7

| | | | |
|---|---|---|---|
| Commit# : | W58213 | | MCI NORFOLK |
| Name : | GILMORE, RODERICK | Statement From | 20040501 |
| Inst : | MCI NORFOLK | To | 20050720 |
| Block : | 2-3 | | |
| Cell/Bed : | 102 /A | | |

Current Balances:

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $128.33 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |