UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RODERICK GILMORE, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>LUIS SPENCER, )<br>Superintendent of MCI Norfolk, )<br>)<br>Respondent. ) | Civil Action No. 05cv10127-PBS |

ORDER

August 9, 2005

SOROKIN, M.J.

On August 1, 2005 I issued a Report and Recommendation to the District Judge that the respondent's Motion to Dismiss should be allowed. The Clerk's Office docketed this Recommendation on August 2, 2005. Petitioner filed a Reply to the Motion to Dismiss on July 29, 2005, which was docketed on August 4, 2005. Thus, I did not review Petitioner's Reply in formulating my Report and Recommendation.

Both parties are reminded and advised that any party who objects to the proposed findings and recommendations of the Report and Recommendation must file a written objection thereto within 10 days of receipt of this Report and Recommendation. The written objections must identify with specificity the portion of the proposed findings, recommendations, or report to which objection is made, and the basis for such objections. See Fed. R. Civ. P. 72 and Habeas Corpus Rule 8(b). The parties are further advised that the United States Court of Appeals for the

1

First Circuit has repeatedly indicated that failure to comply with this Rule shall preclude further appellate review.

/s/ Leo T. Sorokin
LEO T. SOROKIN
United States Magistrate Judge