UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RODERICK GILMORE,
    Petitioner,

v.

                                      C.A. No. 05cv10127-PBS

LUIS SPENCER,
    Respondent.

### PETITIONER'S MOTION FOR LEAVE TO FILE LATE OBJECTIVES TO THE REPORT AND RECOMMENDATIONS ON RESPONDENT'S MOTION TO DISMISS

Now comes, Roderick Gilmore, petitioner in pro-se, respectfully moving this Honorable Court to allow the late filing of objections to the Magistrate's (Sorokin, M.J.), Report and Recommendation on Respondent's Motion to Dismiss and as a basis therefore petitioner asserts the following:

1. That the Petitioner in filing in pro se and as such is not knowledgeable in Federal legal procedures and rules.

2. That the Magistrate failed to abide by the "Rules for Magistrate Judges in the United States District Court for the District Court of Massachusetts" (hereinafter "MA-Rules").

3. Insomuch as within the rules as aforementioned, Rule 3, "Dispositive Pre-trial motions and Prisoner Case" specifically states in section (b) that notice be given as to the ramification for failure to raise objections to the Report and Recommendations within ten (10) days.

4. That no such notice was attached or included in the Report and Recommendation issued by the Magistrate on the August 1, 2005.

Wherefore, the Petitioner moves this Honorable Court to allow an additional ten (10) days from the allowance of this motion for the Petitioner to raise and document his objection to the Report and Recommendation above captioned.

Respectfully submitted,

Dated: 8/12/05

Roderick Gilmore
P.O. Box 43
Norfolk, MA 02056

CERTIFICATE OF SERVICE

I hereby declare that a copy of the foregoing was mailed upon counsel at the Attorney General's Office, by first class mail, postage prepaid on this 12th day of August, 2005.

Roderick Gilmore,

2

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RODERICK GILMORE,
    Petitioner,

v.                                      C.A. No. 05cv10127-PBS

LUIS SPENCER,
    Respondent.

### PETITIONER'S OBJECTIVES TO THE REPORT AND RECOMMENDATIONS ON RESPONDENT'S MOTION TO DISMISS

Now comes, Roderick Gilmore, petitioner in pro-se, respectfully moves this Honorable Court to enter the objections of both facts and law to the Magistrate's Report and Recommendation on Respondent's motion to dismiss, entered by Magistrate Judge Leo T. Sorokin, on August 1, 2005, and in support thereof states as follows:

1. That the Respondent in the above-captioned action is not prejudiced by the allowance of the petition to stand review on its merits.

2. That the Magistrate has held the Petitioner to the use of strict legal constricts and articulation, where the Court failed to accept that premise of the petitioner in his Affidavit.

3. Where the Court states it "focused directly on the issue," it disallows for the affiant's ignorance of specific language.

4. Further, the Magistrate Judge cites "Habeas Corpus Rule 3(d), which is unknown to the petitioner and may itself require further explanation or citation.

5. The Report and Recommendation next cites, Fed.R.App.P.

4(c)(1), where the Court would require the petitioner to acknowledge and practice Federal Appellate Law and procedures within the confines of District Court proceedings, in plain error.

6. The Magistrate Judge in the instant case clearly accepts, nothing less that clear and concise articulation in pro-se' pleadings, contradicting existing practice of "liberal construction" of pro-se pleadings.

Wherefore, the Petitioner moves this Honorable Court to sustain the above objection for the reasons stated, and direct the petition stand, DENYING the Respondent's Motion to Dismiss, and directing said petition to be reviewed on the merits as compliant with the provisions of AEDPA and 28 USC § 2254.

Respectfully submitted,

Dated: 8/12/05

Roderick Gilmore
P.O. Box 43
Norfolk, MA 02056

CERTIFICATE OF SERVICE

I hereby declare that a copy of the foregoing was mailed upon counsel at the Attorney General's Office, by first class mail, postage prepaid on this 12TH day of August, 2005.

Roderick Gilmore,

2