UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RODERICK GILMORE,
    Petitioner/Appellant

v.                        NO. 05-CV-10127-PBS

LUIS SPENCER,
    Respondent/Appellee.

## MOTION TO FILE NOTICE OF APPEAL

Now comes the petitioner/appellant, Roderick Gilmore, respectfully moves forth in filing his notice of appeal of the Magistrate Recommendation and District Court Patti B. Saris, decision in adopting the recommendation.

For the these reasons, the petitioner/appellant is seeking the opportunity to challenge this recommendation in the form of appeal.

                                      Respectfully submitted,

                                      Roderick Gilmore
Dated:                          MCI-Norfolk
                                      P.O. Box 43
                                      Norfolk, MA 02056

## CERTIFICATE OF SERVICE

I hereby state that I have forwarded a copy of the foregoing document upon the Randall E. Ravitz, Attorney General at One Ashbutrton Place, Boston, MA by first class mail, postage prepaid on this 20th day of September, 2005.

                                        Roderick Gilmore