# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 05-cv-10127

Roderick Gilmore

v.

Luis Spencer

## CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 9/26/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on October 7, 2005.

Sarah A. Thornton, Clerk of Court

By: *Jeanette Ramos*

Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 10/11/05 .

*Barchard*

Deputy Clerk, US Court of Appeals

---

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

APPEAL, HABEAS

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:05-cv-10127-PBS

Gilmore v. Spencer  
Assigned to: Judge Patti B. Saris  
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 01/10/2005  
Jury Demand: None  
Nature of Suit: 530 Habeas Corpus (General)  
Jurisdiction: Federal Question

**Petitioner**

**Roderick Gilmore**    represented by **Roderick Gilmore**
MCI NOrfolk
P.O. Box 43
2 Clark Street
Norfolk, MA 02056
PRO SE

V.

**Respondent**

**Luis Spencer**    represented by **Randall E. Ravitz**
Attorney General's Office
One Ashburton Place
18th Floor
Boston, MA 02108
617-727-2200 ext.2852
Fax: 617-727-5755
Email: randall.ravitz@ago.state.ma.us

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*



| Date Filed | # | Docket Text |
|---|---|---|
| 01/10/2005 | 1 | MOTION for Leave to Proceed in forma pauperis by Roderick Gilmore.(Jenness, Susan) (Entered: 01/20/2005) |
| 01/10/2005 | 2 | PETITION for Writ of Habeas Corpus, filed by Roderick Gilmore.(Jenness, Susan) (Entered: 01/20/2005) |
| 01/10/2005 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge New Magistrate Judge. (Jenness, Susan) (Entered: 01/20/2005) |
| 01/25/2005 | 3 | Judge Patti B. Saris : MEMORANDUM AND ORDER entered re: 1 Motion for Leave to Proceed in forma pauperis: Within forty-two (42) days of the date of this Memorandum and Order, petitioner Gilmore is directed to either pay the $5.00 filing fee, or submit a certified copy of his prison account statement demonstrating the amount of monies or securities on deposit to his credit in the institution. The petition shall be served on the respondent, and a separate Order shall issue requiring the respondent to file a response to the petition. The petitioner's motion for appointment of counsel is denied without prejudice to renewing a motion after the respondent has filed a response to the petition.(Greenberg, Rebecca) (Entered: 01/25/2005) |
| 01/25/2005 | 4 | Judge Patti B. Saris :Service Order entered re 2254 Petition. Order entered pursuant to R.4 of the Rules governing Section 2254 cases for service on respondents. Answer/responsive pleading due w/in 20 days of rcpt of this order.(Greenberg, Rebecca) |

| | | |
|---|---|---|
| | | (Entered: 01/25/2005) |
| 01/31/2005 | | Return receipt received for mail sent to Cathryn Neaves Delivered on 1/26/05 (Patch, Christine) (Entered: 02/08/2005) |
| 01/31/2005 | | Return receipt received for mail sent to Luis Spencer Delivered on 1/27/05 (Patch, Christine) (Entered: 02/08/2005) |
| 02/11/2005 | 5 | NOTICE of Appearance by Randall E. Ravitz on behalf of Luis Spencer (Patch, Christine) (Entered: 02/17/2005) |
| 02/11/2005 | 6 | MOTION for Extension of Time to 3/15/05 to File Response as to 2 Petition for Writ of Habeas Corpus (2254) by Luis Spencer.(Patch, Christine) (Entered: 02/17/2005) |
| 02/17/2005 | | Judge Patti B. Saris : Electronic ORDER entered granting 6 Motion for Extension of Time to File Response as to Petition for Writ of Habeas Corpus. Responses due by 3/15/2005 (Patch, Christine) (Entered: 02/17/2005) |
| 02/25/2005 | | Filing fee: $ 5.00, receipt number 62354 regarding Petition for Writ of Habeas Corpus (Patch, Christine) (Entered: 03/03/2005) |
| 03/15/2005 | 7 | MOTION to Dismiss by Luis Spencer.(Patch, Christine) (Entered: 03/22/2005) |
| 03/15/2005 | 8 | MEMORANDUM in Support re 7 MOTION to Dismiss filed by Luis Spencer. (Patch, Christine) (Entered: 03/22/2005) |
| 03/15/2005 | 9 | APPENDIX re 7 MOTION to Dismiss by Luis Spencer. (Attachments: # 1 Exhibit A# 2 Errata B# 3 Exhibit C# 4 Errata D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I# 10 Errata J# 11 Exhibit K (Part 1 of 2)# 12 Exhibit K (Part 2 of 2)# 13 Exhibit L# 14 Exhibit M)(Patch, Christine) (Entered: |

| | | |
|---|---|---|
| | | 03/22/2005) |
| 03/22/2005 | 10 | Judge Patti B. Saris : BRIEFING ORDER entered. re 2 Petition for Writ of Habeas Corpus (2254) filed by Roderick Gilmore. Petitioner is directed to file and serve a brief in support of the petition on or before April 22, 2005, and the Respondent is directed to file and serve a brief in opposition to the petition on or before May 23, 2005. (Patch, Christine) (Entered: 03/23/2005) |
| 03/28/2005 | 11 | Opposition re 7 MOTION to Dismiss filed by Roderick Gilmore. (Patch, Christine) (Entered: 03/29/2005) |
| 03/28/2005 | 12 | MEMORANDUM in Opposition re 7 MOTION to Dismiss filed by Roderick Gilmore. (Patch, Christine) (Entered: 03/29/2005) |
| 03/28/2005 | 13 | AFFIDAVIT of Roderick Gilmore in Opposition re 7 MOTION to Dismiss filed by Roderick Gilmore. (Attachments: # 1 Exhibits)(Patch, Christine) (Entered: 03/29/2005) |
| 04/26/2005 | 14 | BRIEF (Petition) by Roderick Gilmore to 2 Petition for Writ of Habeas Corpus (2254). (Patch, Christine) (Entered: 05/05/2005) |
| 04/26/2005 | 15 | MEMORANDUM in Support by Roderick Gilmore to 14 Brief (Petition) in re Petition for Writ of Habeas Corpus. PLEASE NOTE: EXHIBITS NOT SCANNED. (Patch, Christine) Modified on 5/5/2005 (Patch, Christine). (Entered: 05/05/2005) |
| 05/23/2005 | 16 | Judge Patti B. Saris: ORDER entered REFERRING for Report and Recommendation on MOTION 7 MOTION to Dismiss filed by Luis Spencer, to Magistrate Judge Leo T. Sorokin(Alba, Robert) (Entered: 05/23/2005) |
| 05/23/2005 | 17 | MOTION for Extension of Time to June 23, 2005 to |

| | | |
|---|---|---|
| | | File *Brief in Opposition to Petition* by Luis Spencer. (Ravitz, Randall) (Entered: 05/23/2005) |
| 05/24/2005 | 18 | Judge Patti B. Saris: ORDER entered REFERRING 17 MOTION for Extension of Time to June 23, 2005 to File *Brief in Opposition to Petition* filed by Luis Spencer, to Magistrate Judge Leo T. Sorokin(Alba, Robert) (Entered: 05/24/2005) |
| 05/24/2005 | | Judge Leo T. Sorokin : Electronic ORDER entered granting 17 Motion for Extension of Time to File Respondent's Brief in Opposition to Petition. The Brief is now due thirty (30) days after the date of the ruling on Respondent's Motion to Dismiss the Petition. (Sorokin, Leo) (Entered: 05/24/2005) |
| 06/03/2005 | 19 | RESPONSE to Motion re 17 MOTION for Extension of Time to June 23, 2005 to File *Brief in Opposition to Petition* filed by Roderick Gilmore. (Patch, Christine) (Entered: 06/08/2005) |
| 06/24/2005 | 20 | Magistrate Judge Leo T. Sorokin : Electronic ORDER entered. re 7 MOTION to Dismiss filed by Luis Spencer. Petitioner Roderick Gilmore is hereby ORDERED to file a supplemental Affidavit describing in detail when and how he filed his petition including a description of what he did after MCI Norfolk issued a $5.00 check payable to the U.S. District Court. Petitioner may attach copies of any relevant documents or receipts that have not already been provided to the Court. Petitioner shall file this Supplemental Affidavit no later than July 25, 2005. (Simeone, Maria) Modified on 6/24/2005 (Simeone, Maria). (Entered: 06/24/2005) |
| 07/12/2005 | 21 | Supplemental AFFIDAVIT of Roderick Gilmore by Roderick Gilmore. (Patch, Christine) Additional attachment(s) added on 7/21/2005 (Simeone, Maria). (Entered: 07/19/2005) |
| | | |

| | | |
|---|---|---|
| 07/20/2005 | 22 | Supplemental MEMORANDUM in Support re 7 MOTION to Dismiss filed by Luis Spencer. (Ravitz, Randall) (Entered: 07/20/2005) |
| 07/20/2005 | 23 | APPENDIX/EXHIBIT re 22 Memorandum in Support of Motion - *Notice of Filing with Clerk's Office* by Luis Spencer. (Ravitz, Randall) (Entered: 07/20/2005) |
| 07/21/2005 | 24 | EXHIBIT A re 22 Memorandum in Support of Motion to Dismiss by Luis Spencer. (Patch, Christine) (Entered: 07/27/2005) |
| 07/29/2005 | 26 | REPLY to 7 MOTION to Dismiss filed by Roderick Gilmore. Please note: Exhibits not scanned. (Patch, Christine) (Entered: 08/04/2005) |
| 08/01/2005 | 25 | Magistrate Judge Leo T. Sorokin : REPORT AND RECOMMENDATIONS; re 7 MOTION to Dismiss filed by Luis Spencer; Accordingly, I recommend that the Court allow the Commonwealth's Motion to Dismiss. Previously, I ordered the Respondent to file its brief on the merits 30 days after the date of this decision. In light of my recommendation, I stay the filing of Respondent's brief pending the District Judge's decision on this recommendation. Objections to R&R due by 8/15/2005(Simeone, Maria) (Entered: 08/02/2005) |
| 08/03/2005 | | Motions terminated from Court's statistical report: 1 MOTION for Leave to Proceed in forma pauperis filed by Roderick Gilmore. (fee paid) (Alba, Robert) (Entered: 08/03/2005) |
| 08/09/2005 | 27 | Magistrate Judge Leo T. Sorokin : ORDER entered. re 25 REPORT AND RECOMMENDATIONS re 7 MOTION to Dismiss filed by Luis Spencer; On August 1, 2005 I issued a Report and Recommendation to the District Judge that the respondent's Motion to Dismiss should be allowed. The Clerk's Office docketed this Recommendation on |

| | | |
|---|---|---|
| | | August 2, 2005. Petitioner filed a Reply to the Motion to Dismiss on July 29, 2005, which was docketed on August 4, 2005. Thus, I did not review Petitioner's Reply in formulating my Report and Recommendation. Both parties are reminded and advised that any party who objects to the proposed findings and recommendations of the Report and Recommendation must file a written objection thereto within 10 days of receipt of this Report and Recommendation. (Simeone, Maria) (Entered: 08/09/2005) |
| 08/19/2005 | 28 | MOTION for Leave to File Late Objections to the Report and Recommendations on Respondent's Motion to Dismiss, by Roderick Gilmore. (Attachments: # 1 Exhibit Objections to R & R)(Patch, Christine) (Entered: 08/22/2005) |
| 09/01/2005 | | Case no longer referred to Magistrate Judge Leo T. Sorokin., Motions No Longer Referred to Magistrate Judge: 7 MOTION to Dismiss (Simeone, Maria) (Entered: 09/01/2005) |
| 09/06/2005 | | Judge Patti B. Saris : Electronic ORDER entered granting 28 Motion for Leave to File Objections to the Report and Recommendations Late (Patch, Christine) (Entered: 09/08/2005) |
| 09/06/2005 | 29 | OBJECTION to 25 Report and Recommendations filed by Roderick Gilmore. (Patch, Christine) (Entered: 09/08/2005) |
| 09/06/2005 | | Judge Patti B. Saris : Electronic ORDER entered. ORDER ADOPTING REPORT AND RECOMMENDATIONS for 25 Report and Recommendations, re 7 Motion to Dismiss filed by Luis Spencer, Action on motion: Granting. "I adopt the report and recommendation of the Magistrate Judge after reviewing the objections."(Patch, Christine) (Entered: 09/08/2005) |

| 09/26/2005 | 30 | NOTICE OF APPEAL as to Order Adopting Report and Recommendations, by Roderick Gilmore. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 10/17/2005. (Patch, Christine) Modified on 9/29/2005 (Patch, Christine). (Entered: 09/29/2005) |
|---|---|---|