UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RODERICK GILMORE,<br><br>   Petitioner,<br><br>v.<br><br>LUIS SPENCER,<br><br>   Respondent. | §<br>§<br>§<br>§<br>§<br>§<br>§ Civil Action No. 05-cv-10127-PBS<br>§<br>§<br>§<br>§<br>§<br>§ |

PETITIONER'S NOTICE OF APPEAL AND MOTION FOR EXTENSION

OF TIME TO SUBMIT BRIEF SEEKING CERTIFICATE OF APPEALABILITY

**NOW COMES**, Roderick Gilmore, hereinafter known as the Petitioner in the above-referenced and numbered cause, to file and submit this, Petitioner's Notice of Appeal and Motion For Extension of Time to Submit Brief Seeking Certificate of Appealability, and would, in support thereof, show;

I.

That the Petitioner received notification from the United States Court of Appeals for the First Circuit on the 28th day of October, 2005, indicating the Petitioner's case had been referred to the Court for appellate consideration. Having not

had previous knowledge that a decision had been rendered by the United States District Court, the Petitioner is requesting this Honorable Court to forward a copy of the decision to his attention; accept this document as the Petitioner's Notice of Appeal; and grant the Petitioner thirty (30) days in which to submit his brief for consideration for a certificate of appealability on all relevant issues.

II.

The Petitioner further informs this Honorable Court that the inmate who was previously assisting him in the preparation and filing of his appellate briefs is no longer available. Thus, the Petitioner has sought additional assistance, which is the basis for the request for a thirty (30) day extension in which to remain in compliance with 28 U.S.C. §2254, 28 U.S.C. §2253 and Local Rule 22.1(b).

CONCLUSION

**WHEREFORE, PREMISES CONSIDERED,** the Petitioner prays this Honorable Court will grant his Notice of Appeal and permit him thirty (30) days, until November 30, 2005, to file and submit his brief seeking a certificate of appealability for all relevant issues.

The Petitioner prays this Honorable Court grants him any and all relief deemed necessary and appropriate in accordance

with the Rules of Court and applicable laws, in the interest of justice.

                                        Respectfully submitted,

                                        _____
                                        Roderick Gilmore
                                        Petitioner, Pro Se

I, Roderick Gilmore, do hereby swear and affirm the foregoing to be true and correct, to the best of my knowledge, under penalty of perjury, this 30th day of October, 2005.

                                        _____
                                        Roderick Gilmore
                                        Petitioner, Pro Se

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing document has, this 31st day of October, 2005, been sent via first class United States mail to Mr. Randall E. Ravitz, Assistant Attorney General, One Ashburton Place, Boston, Massachusetts 02108; and with the Clerk's Office, United States Court of Appeals, John Joseph Moakley U.S. Courthouse, 1 Courthouse Way, Suite 2500, Boston, Massachusetts 02210, as instructed by the Court.

                                        _____
                                        Roderick Gilmore, W58213
                                        MCI-Norfolk
                                        P.O. Box 43
                                        Norfolk, Massachusetts 02056