November 14, 2005

Office of the Clerk
United States District Court
United States Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Re: Gilmore v. Spencer
    Case No. 1:05-cv-10127

To the Clerk of the Court:

Upon receipt of the document sent to my attention on November 8, 2005, but not delivered by the institution until November 12, 2005, I continue to find myself in a dilemma.

I remain in a quandary regarding the actual recommendations of the Magistrate Judge and the Order rendered by Judge Patti B. Saris regarding this case. It is therefore difficult for me to submit a thorough and comprehensive request for a certificate of appealability, when the issues presented by the Magistrate Judge and this Honorable Court are unknown.

I have been Ordered by the First Circuit Court of Appeals to keep them apprised of the progress I make regarding my request for a COA; with an existing deadline of November 28, 2005. Therefore, I would truly appreciate your assistance in providing me the applicable documents necessary for me to perfect my appeal and to make an intelligent response to the Commonwealth's ongoing efforts to thwart the presentation of the constitutional errors in my case.

In conclusion, I would appreciate being provided with a

copy of the Magistrate Judge's Report and Recommendations and a copy of Judge Saris's Order Adopting the Magistrate Judge's Report and Recommendations.

Your kind attention to this request is greatly appreciated.

Sincerely,

Roderick Gilmore
MCI-Norfolk
P.O. Box 43
2 Clark Street
Norfolk, Massachusetts 02056

cc: Clerk of the Court
    First Circuit Court of Appeals

    File