UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2006 JAN -5 P 3:37

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| RODERICK GILMORE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 05-cv-10127 |
| ) | |
| LUIS SPENCER, ) | |
| ) | |
| Respondent. ) | |

MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

**NOW COMES**, Roderick Gilmore, Petitioner in the above-referenced and numbered cause, and moves this Court to permit him to proceed in forma pauperis, without payment of costs. The affidavit of the Petitioner in support of this motion, is attached hereto, and made a part of this motion.

Respectfully Submitted,

Roderick Gilmore
Petitioner, Pro Se