UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2006 JAN -5  P 3: 37

U.S. DISTRICT COURT
DISTRICT OF MASS.

RODERICK GILMORE,       )
                        )
    Petitioner,         )
                        )
                        )
v.                      )   Civil Action No. 05-cv-10127
                        )
                        )
LUIS SPENCER,           )
                        )
    Respondent.         )


PETITIONER'S AFFIDAVIT IN SUPPORT OF REQUEST

TO PROCEED IN FORMA PAUPERIS


I, Roderick Gilmore, the Petitioner in the above-referenced and numbered cause, do swear and affirm the following in support of my motion to proceed without being required to prepay fees, costs or provide security therefor. I am unable to prepay the costs or to provide security and believe I am entitled to relief.

1. I am presently employed at the Department of Corrections, MCI-Norfolk facility, earning ~~three~~ two ($2.00) a day, five days a week.

2. I have been classified as "indigent" by the Massachusetts Criminal Justice System, through all state trials and

appeals.

3. I receive occasional gifts from my family, particularly during the holiday season, which totals approximately $100.00.

4. I possess no bank accounts, savings accounts, real property, pensions, annuities or life insuarnce policies.

5. I have no dependents relying on me for support.

6. I have applied myself during these years of incarceration, obtaining a reasonable job (by prison standards) and continuing my education, for which I am responsible for expenses.

Thus, pursuant to 28 U.S.C. § 1915, I request the Court's consideration for being able to proceed in the appellate process in forma pauperis.

I, Roderick Gilmore, do hereby swear and affirm the foregoing to be true and correct, to the best of my knowledge, under penalty of perjury, this 30th day of December, 2005.

Roderick Gilmore
MCI-Norfolk
P.O. Box 43
Norfolk, Massachusetts 02056-0043