```
                  UNITED STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS

RODERICK GILMORE,              )
     Petitioner/Appellant      )
                               )
          v.                   )
                               )
                               )    C.A. No. 05-10127-PBS
                               )    (Appeal No. 05-2548)
LUIS SPENCER,                  )
     Respondent/Appellee       )
                               )
                               )
                               )
```

MEMORANDUM AND ORDER
RE: MOTION FOR LEAVE TO PROCEED [ON APPEAL]
*IN FORMA PAUPERIS* (#36)

SARIS, D.J.

For the reasons set forth below, Petitioner/Appellant Roderick Gilmore's Motion for Leave to Proceed [on Appeal] *in forma pauperis* (#36) is Allowed.[1]

### BACKGROUND

On January 10, 2005, Petitioner filed his self-prepared petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (#2), and a Motion for Leave to Proceed *in forma pauperis* (#1). On January 25, 2005, this Court entered a Memorandum and Order (#3) directing Petitioner to pay the $5.00 filing fee, or submit a certified prison account statement demonstrating the amount of monies or securities on deposit to his credit in the institution in which he is incarcerated.

In response to the Memorandum and Order (#3), Petitioner

---

[1] For purposes of this Memorandum and Order, Roderick Gilmore shall hereinafter be referred to as "Petitioner."

paid the $5.00 filing fee.

On August 1, 2005, U.S. Magistrate Judge Leo Sorokin issued a Report and Recommendation (#25) on Respondent's Motion to Dismiss (#7), recommending dismissal of the petition as untimely, pursuant to 28 U.S.C. § 2244(d).  Objections to the Report and Recommendation (#29) were filed, and after consideration of the objections, this Court adopted the Report and Recommendation for dismissal of this petition. See Electronic Order entered September 6, 2005.  On September 26, 2005, Petitioner filed a Notice of Appeal (#30).  On December 5, 2005, Petitioner's Motion for a Certificate of Appealability (#35) was denied. See Electronic Order dated December 5, 2005.

On January 5, 2006, Petitioner filed a Motion for Leave to Proceed [on Appeal] *in forma pauperis* (#36), and an Affidavit in support thereof (#37).[2]  On January 12, 2006, this Court received Petitioner's certified prison account statement, filed under separate cover, dated January 10, 2006.

## DISCUSSION

In the Affidavit, Petitioner declares that he is indigent and unable to prepay the filing fees or provide security

---

[2]The filing fee for an appeal of this petition is $255.00. This includes a $5.00 filing fee for the notice of appeal, and a $250.00 fee for docketing the appeal in the First Circuit Court of Appeals.  The filing fee is payable to the clerk of the district court. See Schedule of Fees in Accordance with 28 U.S.C. § 1913, U.S. Court of Appeals for the First Circuit (effective 1/1/05).

2

therefor.  He also claims that he is presently employed at MCI Norfolk, earning two dollars ($2.00) per a day, five days a week.  He receives occasional gifts from family, and during the holiday season, these gifts totaled approximately $100.00.  Petitioner further claims that he pays for his continuing education within the prison.

Petitioner's prison account statement reveals that, as of January 5, 2006, Petitioner has $197.92 in his personal prison account, and $0.00 in his savings account.  Petitioner's average six month daily balance from June 1, 2005 through December 1, 2005 was $121.21.

Based on Petitioner's financial disclosures, the Court finds that Petitioner has insufficient funds to pay the $255.00 appellate filing fee.  Accordingly, Petitioner's Motion for Leave to Proceed [on Appeal] *in forma pauperis* (#36) is Allowed.

## CONCLUSION

In view of the foregoing, it is hereby Ordered that Plaintiff's Motion for Leave to Proceed [on Appeal] *in forma pauperis* (#36) is Allowed.


SO ORDERED.

/s/ Patti B. Saris
PATTI B. SARIS
UNITED STATES DISTRICT JUDGE

DATED: January 13, 2006