January 10, 2006

Office of the Clerk
United States District Court
United States Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

    Re: <u>Gilmore v. Spencer</u>
        Case No. 1:05-cv-10127

Dear Sir or Madam:

Please find enclosed a true and correct copy of the Petitioner's Inmate Transaction Report, as needed to determine the indigency of the accused.

Please place this document in the file and apprise the Judge at your earliest convenience.

Thank you for your kind attention to this matter.

                Sincerely,

                _____
                Roderick Gilmore
                MCI-Norfolk
                P.O. Box 43
                Norfolk, Massachusetts 02056



MASSACHUSETTS                                   MCI NORFOLK
DEPARTMENT OF CORRECTION
Inmate Transaction History
Summary Report

| | | | |
|---|---|---|---|
| Inmate Name............ | GILMORE   RODERICK | | |
| Commitment number.... | W58213 | | |
| Period encompassed.... | 6/1/2005 THRU   12/1/2005 | | |
| | Personal | Savings | Total |
| Six Month Average Daily Balance | 121.21 | 0.00 | 121.21 |
| 20% of Six Month Average Daily Balance | 24.24 | | |
| Total Expenditures for Period | | | 567.50 |
| Total Income for Period | | | 554.94 |

To the best of my knowledge, the above summary information is true and accurate:

Signed _Marsha Collins_
MARSHA COLLINS, Treasurer

Time: 2:20 PM
Date: 1/6/06

Note: A copy of the inmate's account activity statement for the six month period
("Inmate Transaction History") is attached.

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date : 20060106 13:04

Page : 1

| Commit# : | W58213 | | | | MCI NORFOLK | | | | |
| Name : | GILMORE, RODERICK, , | | | | Statement From | 20050701 | | | |
| Inst : | MCI NORFOLK | | | | To | 20051231 | | | |
| Block : | 2-3 | | | | | | | | |
| Cell/Bed : | 102 /A | | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total Transaction before this Period : | $3,687.60 | $3,512.24 | $10.00 | $10.00 |
| 20050706 23:07 | PY - Payroll | 4890646 | | NOR | ~20050619 To 20050625 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20050707 22:30 | CN - Canteen | 4901141 | | NOR | ~Canteen Date : 20050707 | $0.00 | $47.59 | $0.00 | $0.00 |
| 20050708 14:53 | IC - Transfer from Inmate to Club A/c | 4904129 | | NOR | ~SODA CAN REFUND 2-3 - Z123~SODA CAN REFUND 2-3 - Z123 | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050711 09:52 | EX - External Disbursement | 4907529 | 65207 | NOR | ~PSYCHOLOGY TODAY | $0.00 | $15.97 | $0.00 | $0.00 |
| 20050711 09:52 | MA - Maintenance and Administration | 4907531 | | NOR | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050711 13:55 | IC - Transfer from Inmate to Club A/c | 4909560 | | NOR | ~U.S. D.C. Boston~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.06 | $0.00 | $0.00 |
| 20050713 16:51 | IS - Interest | 4925602 | | NOR | | $0.65 | $0.00 | $0.00 | $0.00 |
| 20050713 23:10 | PY - Payroll | 4943005 | | NOR | ~20050626 To 20050702 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20050714 13:08 | IC - Transfer from Inmate to Club A/c | 4948939 | | NOR | ~ATTORNEY GENERAL OFFICE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.06 | $0.00 | $0.00 |
| 20050720 23:11 | PY - Payroll | 4975563 | | NOR | ~20050703 To 20050709 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20050722 10:53 | EX - External Disbursement | 4986525 | 65409 | NOR | ~MR. ROBERT MOORE | $0.00 | $60.00 | $0.00 | $0.00 |
| 20050727 23:10 | PY - Payroll | 5006146 | | NOR | ~20050710 To 20050716 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20050803 16:51 | IS - Interest | 5040499 | | NOR | | $0.49 | $0.00 | $0.00 | $0.00 |
| 20050803 23:11 | PY - Payroll | 5058175 | | NOR | ~20050717 To 20050723 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20050804 15:37 | IC - Transfer from Inmate to Club A/c | 5065573 | | NOR | ~R. REVIRTZ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.98 | $0.00 | $0.00 |
| 20050804 15:38 | IC - Transfer from Inmate to Club A/c | 5065575 | | NOR | ~USDC CLERK~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.98 | $0.00 | $0.00 |
| 20050810 23:09 | PY - Payroll | 5096257 | | NOR | ~20050724 To 20050730 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20050811 22:30 | CN - Canteen | 5106600 | | NOR | ~Canteen Date : 20050811 | $0.00 | $12.31 | $0.00 | $0.00 |
| 20050816 13:12 | IC - Transfer from Inmate to Club A/c | 5118560 | | NOR | ~CLERK OF THER USDE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.60 | $0.00 | $0.00 |
| 20050816 13:13 | IC - Transfer from Inmate to Club A/c | 5118565 | | NOR | ~ATTORNEY GENERAL~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.60 | $0.00 | $0.00 |
| 20050817 10:53 | IC - Transfer from Inmate to Club A/c | 5123533 | | NOR | ~z-94 monday nite~AA BIG BOOK - Z94~AA BIG BOOK - Z94 | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050817 23:10 | PY - Payroll | 5130785 | | NOR | ~20050731 To 20050806 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20050823 09:15 | ML - Mail | 5147465 | | NOR | ~Andrea Earle~EARLE, ANDREA, , | $50.00 | $0.00 | $0.00 | $0.00 |
| 20050823 09:15 | MA - Maintenance and Administration | 5147467 | | NOR | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050824 23:15 | PY - Payroll | 5161662 | | NOR | ~20050807 To 20050813 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20050831 23:11 | PY - Payroll | 5192351 | | NOR | ~20050814 To 20050820 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20050902 09:25 | IC - Transfer from Inmate to Club A/c | 5206855 | | NOR | ~805 ~CANTEEN CORP. WASH ACCOUNT - Z6~CANTEEN CORP. WASH ACCOUNT - Z6 | $0.00 | $145.69 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date: 20060106 13:04

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Commit#: | W58213 | | | | MCI NORFOLK | | | Page: | 2 |
| Name: | GILMORE, RODERICK, , | | | Statement From | 20050701 | | | | |
| Inst: | MCI NORFOLK | | | To | 20051231 | | | | |
| Block: | 2-3 | | | | | | | | |
| Cell/Bed: | 102 /A | | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20050907 23:10 | PY - Payroll | 5230439 | | NOR | ~20050821 To 20050827 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20050909 17:12 | IS - Interest | 5248223 | | NOR | | $0.47 | $0.00 | $0.00 | $0.00 |
| 20050913 15:11 | IC - Transfer from Inmate to Club A/c | 5271824 | | NOR | ~RED CROSS RELIEF FUND~MISC. FUNCTION COLLECTION - Z54~MISC FUNCTION COLLECTION - Z54 | $0.00 | $2.00 | $0.00 | $0.00 |
| 20050914 23:36 | PY - Payroll | 5282897 | | NOR | ~20050828 To 20050903 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20050921 16:37 | CI - Transfer from Club to Inmate A/c | 5310722 | | NOR | ~sept stipend~W58213 GILMORE,RODERICK PERSONAL~INMATE BENEFIT - Z1 | $15.00 | $0.00 | $0.00 | $0.00 |
| 20050921 23:13 | PY - Payroll | 5316866 | | NOR | ~20050904 To 20050910 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20050922 14:45 | ML - Mail | 5322784 | | NOR | ~GILMORE, RICHARD, , | $100.00 | $0.00 | $0.00 | $0.00 |
| 20050922 14:45 | MA - Maintenance and Administration | 5322786 | | NOR | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050928 23:10 | PY - Payroll | 5348570 | | NOR | ~20050911 To 20050917 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20050929 22:30 | CN - Canteen | 5357639 | | NOR | ~Canteen Date : 20050929 | $0.00 | $50.61 | $0.00 | $0.00 |
| 20051011 09:32 | IC - Transfer from Inmate to Club A/c | 5405859 | | NOR | ~822,822,822,822,823,823,823, ~CANTEEN CORP. WASH ACCOUNT - Z6~CANTEEN CORP WASH ACCOUNT - Z6 | $0.00 | $35.84 | $0.00 | $0.00 |
| 20051012 23:12 | PY - Payroll | 5420898 | | NOR | ~20050925 To 20051001 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20051013 16:50 | IS - Interest | 5431496 | | NOR | | $0.32 | $0.00 | $0.00 | $0.00 |
| 20051013 22:30 | CN - Canteen | 5444125 | | NOR | ~Canteen Date : 20051013 | $0.00 | $40.86 | $0.00 | $0.00 |
| 20051019 23:11 | PY - Payroll | 5471332 | | NOR | ~20051002 To 20051008 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20051026 23:10 | PY - Payroll | 5503323 | | NOR | ~20051009 To 20051015 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20051102 23:15 | PY - Payroll | 5543820 | | NOR | ~20051016 To 20051022 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20051103 22:30 | CN - Canteen | 5553636 | | NOR | ~Canteen Date : 20051103 | $0.00 | $50.06 | $0.00 | $0.00 |
| 20051108 17:29 | IS - Interest | 5571058 | | NOR | | $0.41 | $0.00 | $0.00 | $0.00 |
| 20051109 23:11 | PY - Payroll | 5596634 | | NOR | ~20051023 To 20051029 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20051116 23:15 | PY - Payroll | 5631654 | | NOR | ~20051030 To 20051105 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20051117 22:30 | CN - Canteen | 5640148 | | NOR | ~Canteen Date : 20051117 | $0.00 | $38.59 | $0.00 | $0.00 |
| 20051123 22:30 | CN - Canteen | 5664908 | | NOR | ~Canteen Date : 20051123 | $0.00 | $18.02 | $0.00 | $0.00 |
| 20051123 23:12 | PY - Payroll | 5669924 | | NOR | ~20051106 To 20051112 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20051130 23:15 | PY - Payroll | 5695173 | | NOR | ~20051113 To 20051119 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20051201 12:41 | IC - Transfer from Inmate to Club A/c | 5701185 | | NOR | ~UNITED STATES DISTRICT COURT~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $4.65 | $0.00 | $0.00 |
| 20051207 23:17 | PY - Payroll | 5736394 | | NOR | ~20051120 To 20051126 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20051214 16:57 | IS - Interest | 5773154 | | NOR | | $0.16 | $0.00 | $0.00 | $0.00 |

**COMMONWEALTH OF MASSACHUSETTS**
**DEPARTMENT OF CORRECTION**
**Inmate Transaction Report**

Date: 20060106 13:04

| | | | | |
|---|---|---|---|---|
| Commit# : | W58213 | | MCI NORFOLK | Page: 3 |
| Name : | GILMORE, RODERICK, , | Statement From | 20050701 | |
| Inst : | MCI NORFOLK | To | 20051231 | |
| Block : | 2-3 | | | |
| Cell/Bed : | 102 /A | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20051214 23:16 | PY - Payroll | 5791908 | | NOR | ~20051127 To 20051203 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20051215 14:35 | ML - Mail | 5798453 | | NOR | ~GILMORE, RICHARD, , | $150.00 | $0.00 | $0.00 | $0.00 |
| 20051215 14:35 | MA - Maintenance and Administration | 5798455 | | NOR | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20051221 23:20 | PY - Payroll | 5830955 | | NOR | ~20051204 To 20051210 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20051222 22:30 | CN - Canteen | 5841297 | | NOR | ~Canteen Date : 20051222 | $0.00 | $19.47 | $0.00 | $0.00 |
| 20051228 23:18 | PY - Payroll | 5867920 | | NOR | ~20051211 To 20051217 | $10.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | $567.50 | $554.94 | $0.00 | $0.00 |

| | Personal | Savings |
|---|---|---|
| Balance as of ending date : | $187.92 | $0.00 |

Current Balances :

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $197.92 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date: 20060105 14:55

| | | | | | Page: 1 |
|---|---|---|---|---|---|
| Commit# : | W58213 | | MCI NORFOLK | | |
| Name : | GILMORE, RODERICK, , | Statement From | 20051001 | | |
| Inst : | MCI NORFOLK | To | 20060105 | | |
| Block : | 2-3 | | | | |
| Cell/Bed : | 102 /A | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total Transaction before this Period : | $3,984.21 | $3,858.69 | $10.00 | $10.00 |
| 20051011 09:32 | IC - Transfer from Inmate to Club A/c | 5405859 | | NOR | ~822,~822,822,822,823,823,823,~CANTEEN CORP. WASH ACCOUNT - Z6~CANTEEN CORP. WASH ACCOUNT - Z6 | $0.00 | $35.84 | $0.00 | $0.00 |
| 20051012 23:12 | PY - Payroll | 5420898 | | NOR | ~20050925 To 20051001 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20051013 16:50 | IS - Interest | 5431496 | | NOR | | $0.32 | $0.00 | $0.00 | $0.00 |
| 20051013 22:30 | CN - Canteen | 5444125 | | NOR | ~Canteen Date : 20051013 | $0.00 | $40.86 | $0.00 | $0.00 |
| 20051019 23:11 | PY - Payroll | 5471332 | | NOR | ~20051002 To 20051008 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20051026 23:10 | PY - Payroll | 5503323 | | NOR | ~20051009 To 20051015 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20051102 23:15 | PY - Payroll | 5543820 | | NOR | ~20051016 To 20051022 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20051103 22:30 | CN - Canteen | 5553636 | | NOR | ~Canteen Date : 20051103 | $0.00 | $50.06 | $0.00 | $0.00 |
| 20051108 17:29 | IS - Interest | 5571058 | | NOR | | $0.41 | $0.00 | $0.00 | $0.00 |
| 20051109 23:11 | PY - Payroll | 5596634 | | NOR | ~20051023 To 20051029 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20051116 23:15 | PY - Payroll | 5631654 | | NOR | ~20051030 To 20051105 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20051117 22:30 | CN - Canteen | 5640148 | | NOR | ~Canteen Date : 20051117 | $0.00 | $38.59 | $0.00 | $0.00 |
| 20051123 22:30 | CN - Canteen | 5664908 | | NOR | ~Canteen Date : 20051123 | $0.00 | $18.02 | $0.00 | $0.00 |
| 20051123 23:12 | PY - Payroll | 5669924 | | NOR | ~20051106 To 20051112 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20051130 23:15 | PY - Payroll | 5695173 | | NOR | ~20051113 To 20051119 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20051201 12:41 | IC - Transfer from Inmate to Club A/c | 5701185 | | NOR | ~UNITED STATES DISTRICT COURT~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $4.65 | $0.00 | $0.00 |
| 20051207 23:17 | PY - Payroll | 5736394 | | NOR | ~20051120 To 20051126 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20051214 16:57 | IS - Interest | 5773154 | | NOR | | $0.16 | $0.00 | $0.00 | $0.00 |
| 20051214 23:16 | PY - Payroll | 5791908 | | NOR | ~20051127 To 20051203 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20051215 14:35 | ML - Mail | 5798453 | | NOR | ~GILMORE, RICHARD, , | $150.00 | $0.00 | $0.00 | $0.00 |
| 20051215 14:35 | MA - Maintenance and Administration | 5798455 | | NOR | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20051221 23:20 | PY - Payroll | 5830955 | | NOR | ~20051204 To 20051210 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20051222 22:30 | CN - Canteen | 5841297 | | NOR | ~Canteen Date : 20051222 | $0.00 | $19.47 | $0.00 | $0.00 |
| 20051228 23:18 | PY - Payroll | 5867920 | | NOR | ~20051211 To 20051217 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20060104 23:19 | PY - Payroll | 5903920 | | NOR | ~20051218 To 20051224 | $10.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | $280.89 | $208.49 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date : 20060105 14:55

| | | | |
|---|---|---|---|
| Commit# : | W58213 | **MCI NORFOLK** | Page : 2 |
| Name : | GILMORE, RODERICK, , | Statement From  20051001 | |
| Inst : | MCI NORFOLK | To  20060105 | |
| Block : | 2-3 | | |
| Cell/Bed : | 102 /A | | |

| | Personal | Savings |
|---|---|---|
| Balance as of ending date : | $197.92 | $0.00 |

**Current Balances :**

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $197.92 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |