*05-10127*
*USDC/MA-BO*
*Saris, P.*

# United States Court of Appeals
## For the First Circuit

No. 05-2548

RODERICK GILMORE,

Petitioner, Appellant,

v.

LUIS SPENCER,

Respondent, Appellee.

Before

Selya, <u>Circuit Judge</u>,
Campbell, <u>Senior Circuit Judge</u>,
and Lipez, <u>Circuit Judge</u>.

JUDGMENT

Entered: April 27, 2006

    Roderick Gilmore seeks a certificate of appealability ("COA") in order to challenge the district court's dismissal of his petition under 28 U.S.C. § 2254 as untimely. We have carefully reviewed the record and petitioner's submissions, and, essentially for the reasons stated in the Report and Recommendation issued August 1, 2005, we conclude that petitioner has failed to make "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2); see <u>Miller-El</u> v. <u>Cockrell</u> 537 U.S. 322 (2003); <u>Slack</u> v. <u>McDaniel</u>, 529 U.S. 473, 484 (2000).

    The request for a certificate of appealability is <u>denied</u> and the appeal is <u>terminated</u>.

By the Court:

Richard Cushing Donovan, Clerk.

By: _____MARGARET CARTER_____
       Chief Deputy Clerk.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

_[signature]_
Deputy Clerk
Date: 5/18/06

[cc: Roderick Gilmore, Randall E. Ravitz, AAG]